IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| SHANTER NORMAN,<br>　　*Plaintiff*,<br><br>v.<br><br>BEAUMONT INDEPENDENT SCHOOL<br>DISTRICT, *et al.*<br>　　*Defendants*. | §<br>§<br>§<br>§　Civil Action No. 1:24-cv-00007-MJT<br>§<br>§<br>§<br>§ |

### INDEX TO EXHIBITS TO
### DEFENDANTS BEAUMONT INDEPENDENT SCHOOL DISTRICT,
### DR. SHANNON ALLEN, AND CHIEF JOSEPH MALBROUGH'S
### MOTION FOR FINAL SUMMARY JUDGMENT

| EXHIBIT | DESCRIPTION | BATES NOS. |
|---|---|---|
| 1 | Policy CKEA (Local) | BISD 0001 – BISD 0003 |
| 2 | Excerpts from Police Department Policy Manual | BISD 0004 – BISD 0046 |
| 3 | Policy DCD (Local) | BISD 0047 |
| 4 | Policy DGBA (Local) | BISD 0048 – BISD 0054 |
| 5 | Norman Affidavit (Facebook Post) | BISD 0055 – BISD 0057 |
| 6 | Facebook Post | BISD 0058 |
| 7 | Redacted Affidavits and Statements (Facebook Post) | BISD 0059 – BISD 0063 |
| 8 | Hartfield Affidavit (Facebook Post) | BISD 0064 |
| 9 | Haynes Complaint (Facebook Post) | BISD 0065 – BISD 0066 |
| 10 | Emails re: Investigation Response (Facebook Post) | BISD 0067 – BISD 0071 |
| 11 | Haynes Extension Request | BISD 0072 |
| 12 | Norman Written Statement (Facebook Post) | BISD 0073 |
| 13 | Investigation Summary (Facebook Post) | BISD 0074 – BISD 0078 |
| 14 | Policy DH (Local) | BISD 0079 – BISD 0083 |
| 15 | Investigation Summary (Insubordination) | BISD 0084 – BISD 0089 |
| 16 | Hallway Footage Stills | BISD 0090 |
| 17 | Turner Written Statement (Insubordination) | BISD 0091 |
| 18 | Boseman Written Statement (Insubordination) | BISD 0092 |
| 19 | Boseman Complaint (Insubordination) | BISD 0093 |
| 20 | Chaison Written Statement (Insubordination) | BISD 0094 |
| 21 | Chargois Written Statement (Insubordination) | BISD 0095 |
| 22 | Smith Written Statement (Insubordination) | BISD 0096 |
| 23 | Norman Written Statement (Insubordination) | BISD 0097 – BISD 0098 |
| 24 | Notice of Level Three Hearing (Both Grievances) | BISD 0099 – BISD 0100 |
| 25 | April 20, 2023 Board Minutes | BISD 0101 – BISD 0113 |
| 26 | EEOC Charge | BISD 0114 – BISD 0119 |
| 27 | Level One Grievance (Suspension) | BISD 0120 – BISD 0166 |
| 28 | Level One Grievance (Termination) | BISD 0167 – BISD 0197 |