IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANTER NORMAN, | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:24-cv-00007-MJT |
| | § | |
| BEAUMONT INDEPENDENT SCHOOL | § | |
| DISTRICT, *et al.* | § | |
|     *Defendants.* | § | |

## DECLARATION OF CUSTODIAN OF RECORDS DERWIN SAMUELS

My name is Derwin Samuels, Jr., and I am an employee of Beaumont Independent School District. I am executing this Declaration as part of my assigned duties and responsibilities.

1. I am over the age of eighteen, have never been convicted of any felony or any misdemeanor involving moral turpitude, and am fully competent to make this Declaration. By virtue of my position as Beaumont Independent School District's ("Beaumont ISD" or the "District") Executive Director of Human Resources, I have personal knowledge of all facts stated herein, and state that they are all true and correct.

2. In my capacity as the Executive Director, I am a custodian of Beaumont ISD records related to employment actions and related disputes.

3. As Executive Director, I have supervisory responsibility for a number of the District's human resources functions, including employee discipline and grievances concerning employment disputes.

4. Attached to this Declaration labeled Beaumont ISD Exhibits 1 through 28 are 197 pages of business records. These records are kept by Beaumont ISD in its regular course of business, and it was the regular course of business for Beaumont ISD, including an employee or representative of Beaumont ISD with knowledge of the acts or events recorded therein, to make the records or transmit information to be included in such records, and the records were made at or near the time of the matters reflected therein or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the originals in the District's possession, except for bates labeling for identification purposes.

5. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Jefferson County, State of Texas, on the 23rd day of January, 2025.

_____
Derwin Samuels, Jr.