# EXHIBIT 1

Beaumont ISD
123910

| | |
|---|---|
| SECURITY PERSONNEL | CKEA |
| COMMISSIONED PEACE OFFICERS | (LOCAL) |

**District Police Department**  To ensure sufficient security and protection of students, staff, and property, the Board authorizes the formation of a District police department and shall employ and commission police officers.

Supervisory Authority  The chief of police shall be accountable to and shall report to the Superintendent. In accordance with law, the Superintendent shall not delegate this supervisory responsibility.

Jurisdiction  The jurisdiction of police officers shall include all territory within District boundaries, as well as all real and personal property outside the boundaries of the District that is owned, leased, or rented by the District, or is otherwise under the District's control.

Police Authority  Police officers employed by the District shall have all the powers, privileges, and immunities of police officers on or off duty within the jurisdiction of the District. Subject to limitations in law, District police officers shall have the authority to:

1. Protect the safety and welfare of any person in the jurisdiction of the District and protect the property of the District.

2. Enforce all laws, including municipal ordinances, county ordinances, and state laws, and investigate violations of law as needed. In doing so, District police officers may serve search warrants in connection with District-related investigations in compliance with the Texas Code of Criminal Procedure.

3. Arrest suspects consistent with state and federal statutory and constitutional standards governing arrests, including arrests without warrant, for offenses that occur in the officer's presence or under the other rules set out in the Texas Code of Criminal Procedure.

4. Coordinate and cooperate with commissioned officers of all other law enforcement agencies in the enforcement of this policy as necessary.

5. Enforce District policies, rules, and regulations on District property, in school zones, at bus stops, or at District functions.

6. Investigate violations of District policy, rules, and regulations as requested by the Superintendent and participate in hearings concerning alleged violations.

7. Carry weapons as directed by the chief of police and approved by the Superintendent.

8. Carry out all other duties as directed by the chief of police or Superintendent.

DATE ISSUED: 5/11/2023  
UPDATE 121  
CKEA(LOCAL)-D

Adopted: 6/20/2023

1 of 3

BISD 0001

Beaumont ISD
123910

| | |
|---|---|
| SECURITY PERSONNEL | CKEA |
| COMMISSIONED PEACE OFFICERS | (LOCAL) |

| | |
|---|---|
| | District police officers shall not be assigned routine classroom discipline or administrative tasks. |
| *Temporary Assignment* | District police officers shall enforce all laws, including municipal ordinances, county ordinances, and state laws within another law enforcement agency's jurisdiction while temporarily assigned to the other agency. |
| Limitations on Nonschool Employment | No officer commissioned under this policy shall provide law enforcement or security services for an outside employer without prior written approval from the chief of police and Superintendent. |
| Relationship with Outside Agencies | The District's police department and the law enforcement agencies with which it has overlapping jurisdiction shall enter into a memorandum of understanding that outlines reasonable communication and coordination efforts among the department and the agencies. The chief of police and the Superintendent shall review the memorandum of understanding at least once every year. The memorandum of understanding shall be approved by the Board. |
| Video Monitoring | If available, video equipment shall be used on a District police car for safety purposes whenever the flashing lights on the car are in use. |
| *Access to Recordings* | Recordings shall be considered law enforcement records, shall remain in the custody of the chief of police, and shall be maintained as required by the department regulations manual and law. A parent or student who wishes to view a video recording in response to disciplinary action taken against the student may request such access under the procedures set out by law. [See FL(LEGAL)] |
| Training | All District officers shall receive at least the minimum amount of education and training required by law. |
| Department Regulations Manual | To carry out the provisions in this policy, the police department shall compile and maintain a manual that describes and sets forth operational procedures, rules, and regulations pertaining to the administration of police services. The chief of police and the Superintendent shall review the manual annually and make any appropriate revisions. |
| *Racial Profiling* | The chief of police shall develop and implement regulations to ensure compliance with state law regarding racial profiling. Police officers employed by the District shall not initiate any law enforcement action based on an individual's race, ethnicity, or national origin. |
| *Use of Force* | The use of force, including deadly force, shall be authorized only when reasonable and necessary, as outlined in the department regulations manual. |

DATE ISSUED: 5/11/2023  
UPDATE 121  
CKEA(LOCAL)-D

Adopted: 6/20/2023

2 of 3

BISD 0002

Beaumont ISD
123910

| | |
|---|---|
| SECURITY PERSONNEL | CKEA |
| COMMISSIONED PEACE OFFICERS | (LOCAL) |

*High-Speed Pursuit*  Officers shall not engage in high-speed chases in a motor vehicle when the immediate danger to the public or the officer created by the pursuit exceeds the immediate or potential danger presented by the offenders remaining at large. Guidelines for high-speed pursuits shall be addressed in the department regulations manual.

Complaints  Complaints against a District police officer shall be in writing on a form provided by the District and shall be signed by the person making the complaint. In accordance with law, the District shall provide to the police officer a copy of the complaint.

Appeals regarding this complaint process shall be filed in accordance with DGBA, FNG, or GF, as appropriate.

DATE ISSUED: 5/11/2023
UPDATE 121
CKEA(LOCAL)-D

Adopted:
6/20/2023

3 of 3

BISD 0003