# EXHIBIT 3

Beaumont ISD  
123910

| | |
|---|---|
| EMPLOYMENT PRACTICES | DCD |
| AT-WILL EMPLOYMENT | (LOCAL) |

|  |  |
|---|---|
| | Personnel not hired under a contract shall be employed on an at-will basis. |
| | [For information regarding contractual employment, see DCA, DCB, DCC, and DCE, as appropriate] |
| **Dismissal** | At-will employees may be dismissed at any time for any reason not prohibited by law or for no reason, as determined by the needs of the District. At-will employees who are dismissed shall receive pay through the end of the last day worked. |
| Appeal of Employment Actions | A dismissed employee may appeal the dismissal in accordance with DGBA(LOCAL). |

| | | |
|---|---|---|
| DATE ISSUED: 1/4/2021 | ADOPTED: | 1 of 1 |
| UPDATE 116 | | |
| DCD(LOCAL)-A | BISD 0047 | |