# EXHIBIT 6

4:04

# facebook



Create...    **Drenard P Williams**    **Brooklyn Williams**    **Jordan Brown**

**Shanter Norman** is with **Brenda Norman.**

37m · 🌐

My prayer:
If I'm ever placed in a supervisor position or over an agency, I pray that I will listen to the ones under my command. I pray I will not be to position driven and power struck not to have integrity and accountability. I have served my country and community for years. It's been an honor and a privilege. I've had the opportunity to learn a lot and see how not to run an agency and how not to supervise. To be continued.

👍❤️ 9                              2 comments

👍 Like        💬 Comment        ↗ Share



**Bradford Lowe Sr**
I've been there before my brother, hang in there, stay pray... See more

Like    Reply                              1 👍

Write a comment...    📷  🙂

🏠 Home    ▶ Watch (9+)    🏪 Marketplace (7)    📄 Feeds    🔔 Notifications    ☰ Menu

BISD 0058

BISD SN 078