# EXHIBIT 7



## Facebook Post made by Officer Shanter Norman
1 message

Good morning

Per our conversation this morning, I'm writing a statement in regards to the Facebook post by Officer Norman on October 20, 2022. When I first read the post, I immediately thought it was a negative reflection regarding our BISD Police Department. I read it several times and I still had the same thoughts and feelings about what it stated. This particular day I was assisting with monitoring at West Brook and I mentioned it to Sgt. Hartfield. I also mentioned it to Officer Norman and asked him why he posted that. He told me that it was a prayer and it was for whenever he was a supervisor or over his own agency and that it wasn't about anything Beaumont ISD Police. I told him people wouldn't interpret it like that.

It was my thought at the end of our conversation that he would take it down, but I looked today and it was still posted on his Facebook page. As of today, there are about 50 reactions and 30 comments regarding the post.



## Statement Regarding S. Norman Facebook Post
1 message

Afternoon,

I am sending this email in regard to the Facebook post that was made by Officer Norman. On October 20, 2022, Officer Norman made a post about those who work in a supervisory capacity or over an agency, and how he felt they should listen to those under their guidance, and should not be motivated by their egos or power.

As a leader on the campus of Beaumont United, I felt that Facebook was not the proper forum to post about indifference regarding leadership style. The post also lead me to believe that Officer Norman could have been referencing:

- The campus leadership at Beaumont United
- The leadership of the Beaumont ISD PD Department.

If Officer Norman has concerns and believes his voice is not heard by those who serve in leadership roles, then the proper protocol would be to schedule a meeting to allow his concerns to be addressed in a private manner rather than publicly on Facebook.

As a district, we are working constantly to improve our community perception and to strengthen our relationship with all stakeholders. Social Media posts, such as the one made by Officer Norman, hinders our progress.

Regards,

t

To: Whom it may concern

From:

Date: November 7, 2022

I was on Facebook and I noticed that Officer Norman posted- what I perceived to be a negative post- towards his supervisor in the Beaumont ISD police department. I was somewhat taken back on this post.

I called Chief Joseph Malbrough and sent him the post. The two words that concerned me in the post were the words **integrity** and **accountability**…..that he implies his supervisor doesn't have.

I have always known Officer Norman to be hard working and extremely conscientious in his work for the BISD police department.

Respectfully,

**BISD** Preparing Our Next Generation | Police Department

Nov. 14, 2022

## Internal Investigation Anonymous Law Enforcement Statements

The following verbal statements were from the Law Enforcement Community regarding the Facebook post made by Officer S. Norman.

| Agency Name/Rank | Verbal Statement |
|---|---|
| BISD PD Corporal | "I thought it was very disrespectful for him to do that publicly. He knows he could have come and talk to y'all. These young Officers are just different now days". |
| Beaumont PD Sergeant | "Look like y'all have one (Officer) that's gone rogue. Look like he's mad at somebody or some people in the rank. Yeah, you got to deal with that before he get out of hand." |
| Jefferson Co SO Captain | "He should have handled that situation better than what he did. I Know him, and he (Norman) knows he don't post something publicly like that. I don't reflect good on him and insinuate a negative picture of the BISD PD Supervisory" |
| Jefferson Co So Lieutenant | "Yeah he was wrong for that, it's like he's trying to get the public to support his views regarding his supervisors. That boy was always getting into something and why he had to leave working with us". |
| Jefferson Co So Deputy | "I wanted to send this to y'all, because he was always doing stuff like that for attention. They are one of the reasons why I left BISD PD". |
| Jefferson Co. DA Representative | "Man, that's the kind of young Officers that we are having to deal with right now. He didn't have to go public with that if he had a problem, he should have handled it differently in private. He needs to be addressed, but I guess it is not a problem unless these parents start complaining that they don't trust the BISD PD on Investigations. Outside of that I would immediately address the impact this could have with him". |

Howard J. Trahan Center
1025 Woodrow St.
Beaumont, TX 77705
p 409-617-5000
bmtiscl.com

BISD 0062

BISD SN 067

## BEAUMONT INDEPENDENT SCHOOL DISTRICT

### Police Department

### SWORN AFFIDAVIT

**STATE OF TEXAS**  
**COUNT OF JEFFERSON**

Statement Date: 11/10/2022  
Statement Time: 12:08 pm

Before me, the undersigned authority appeared _____ who, after being sworn on his/her oath deposes and says:

My name is _____ I am 57 years of age. My date of birth is November 15, 1964. I have been a peace officer for 32 years. I have been employed with the BISD Police Department for 15 years.

### NARRATIVE

*(Detailed description of incident from your perspective)*

On Thursday, Oct 20, 2022 at approx., 5:07 pm. I received a picture of a post from a social media site; the post was copied and sent to me by Corporal Boseman, since I do not have any social media accounts personally. Corporal Boseman reflected to me that it was very disturbing. The post appeared to be written by Officer S. Norman, and was published for all to see on the social media site. I perceived the post to be very negative about our Police agency, S. Norman stated points of interest, of supervisors not having integrity and accountability. He also stated that he has had the opportunity to learn how not to run an agency and how not to supervise. It feels like he is talking about the entire ranking Police staff, from the Police Administrators on down. He is not being a good ambassador for the Police Department or the school district.

### GARRITY STATEMENT

On 11/10/22 at the Beaumont Independent School District Police Department, I was ordered to submit this affidavit by Lt. P. Haynes I submit this affidavit at his order as a condition of employment. In view of possible job forfeiture, I have no alternative but to abide by this order. It is my belief and understanding that the Department requires this affidavit solely and exclusively for internal purposes and will not release it to any other agency. It is my further belief that this affidavit will not and cannot be used against me in any subsequent proceeding other than a disciplinary proceeding within the confines of the Department itself. For any and all other purposes, I hereby reserve my constitutional right to remain silent under the Fifth and Fourteenth amendments to the United States Constitution and other rights prescribed by law. Further, I rely specifically upon the protection afforded me under the doctrines set forth in Garrity vs. New Jersey 385 U.S. 493 (1967) and Spevack vs. Klein, 385 U.S. 511 (1967), and Gardner vs. Broderick 392 U.S. 273 (1968), should this affidavit be used for any other purpose of whatsoever kind or description.