# EXHIBIT 8

## BEAUMONT INDEPENDENT SCHOOL DISTRICT

## Police Department

### SWORN AFFIDAVIT

**STATE OF TEXAS**  
**COUNT OF JEFFERSON**

Statement Date: 11/10/2022  
Statement Time: 0915

Before me, the undersigned authority, appeared Kenderick *Hartfield*, who, after being sworn on his/her oath deposes and says:

My name is *Kenderick Hartfield*. I am *38* years of age. My date of birth is November 07, 1984. I have been a peace officer for 6 years 3 months. I have been employed with the BISD Police Department for 6 years 3 months

### *NARRATIVE*

### *(Detailed description of incident from your perspective)*

On Thursday October 20, 2022, I, Sergeant K. Hartfield, received a call from the Beaumont ISD Assistant Athletic Director Rolander Fontenot out of concern regarding a post, that Officer Shanter Norman posted on his personal Face Book account. Ms. Fontenot asked me what was wrong with Officer S. Norman? and why would he post something like that? I advised Ms. Fontenot; I had no knowledge of the S. Norman's post or what was going on with him. Ms. Fontenot stated she felt like the post was out of line not professional and very concerned. Ms. Fontenot thought S. Norman had quit Beaumont ISD PD.

I asked Ms. Fontenot if she had talked to Sergeant Mitchell whose Officer S. Normans immediate supervisor to get clarification to see if he had knowledge of it. Ms. Fontenot stated no not yet. I advised Ms. Fontenot I would try and give Sergeant Mitchell a call. Shortly, after I tried calling Sergeant Mitchell to give him a heads up and advise him it was something he might want to look into the matter. Sergeant Mitchell stated he had already been notified.

Shortly, after I was able to see the post. I did not feel the post was about myself or Sergeant Mitchell, but our upper administration Chief, Captain and Lieutenant. I felt that the post was very disrespectful, unprofessional and would cause a discord in our department or have the Beaumont ISD community, outside community and or other agencies we work with looking at our department in a unprofessional way. I feel each Officer is a asset to our department; each Officer has influence throughout the district, and community.

The statement is to the best of my knowledge and recollection.

There is nothing further at this time.

Sgt. K. Hartfield,    .