# EXHIBIT 9

# Beaumont I.S.D. Police Department
## Complaint Form

IAD#: F.22-23.01   Date: 10/21/22

Report Made by: Pamela Haynes

Received via: ☑ Phone ☐ Person ☐ Letter

Date and Time Occurred: Oct. 20, 2022 5:06pm

Location of Incident: On Facebook

---

Complainant: Pamela Haynes   D.O.B.: 4/4/71

Sex: ☐ Male ☑ Female   Race: ☐ White ☑ Black ☐ Hisp ☐ Other

Address: 9375 Manion Dr.   Bmt, TX   77706
         Street             City/State   Zip

Phone Number(s): Res. 409-617-7015   Bus. 409-781-8931

---

**Personnel Complained About:**

Name: Shanter Norman   Rank: Officer   Badge: _____

**Nature of Complaint:**
Officer Norman, S. posted a facebook post disrespecting Supervisors where it was publicly viewed.

**Complaint Disposition:**
☐ Refer to IAD for Formal Investigation
☑ Refer to Employee's Supervisor
☐ File, no further action at this time

**Comments on Disposition:**

---

Employee _____   Date: _____
Lt. P. Haynes               Date: 10/21/22
Supervisor Capt Payne       Date: 10/26/22
~~Chief~~ Capt

BISD 0065

BISD SN 016

# Beaumont I. S. D. Police Department
## Complaint Form

### Statement of Incident

Alleged Conduct: Employee Misconduct

Written by: Shanter Norman

Date: Oct. 20, 2022  Time: 4:30 approximately

### Narrative

On Oct. 20, 2022 around 5pm, I, Lt. Haynes received a copy of a FaceBook Post from a citizen showing or displaying Shanter Norman talking about his past and present Supervisors in a negative way. The Post is disrespectful to his current supervisors, as he is an employee of Beaumont ISD Police Department. To me, it reflects his current employer, BISD Police Department Supervisors.

Signed: Pamela Haynes     ☐ Additional documents attached