# EXHIBIT 10



Pamela Haynes <pterry@bmtisd.com>

## Pending Sworn Affidavit
6 messages

---

**Pamela Haynes** <pterry@bmtisd.com>  Tue, Oct 25, 2022 at 10:19 AM
To: Shanter Norman <snorma1@bmtisd.com>

Officer S. Norman,

Please provide a formal written statement to the current formal investigation #F22-23.01.

You will need to give this statement by no later than Tuesday, November 1, 2022 12, noon.
You may email your statement to pterry@bmtisd.com. If you have any questions or concerns please feel free to contact me.

Respectfully,

Lieutenant Haynes


Pamela Haynes| Lieutenant
Police Department | Beaumont ISD
Office: 409-617-7015 | fax: 409-617-7013 | pterry@bmtisd.com
www.bmtisd.com | *"Preparing Our Next Generation!"*

Notice of Confidentiality: This electronic communication may contain confidential student record information intended solely for school business by the individual to whom it is addressed. Any disclosure (verbal or print), copying, distribution, or use of this information by an unauthorized person is prohibited, and may violate the Family Education Rights and Privacy Act. (FERPA). Should you receive this electronic communication in error, please notify the sender at 409-617-7002 immediately.

Statement of Non-Discrimination: The Beaumont Independent School District does not discriminate on the basis of race, color, national origin, gender, age, marital status or handicapping condition in its programs, services, activities, or employment practices as required by Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Education Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; and the Age Discrimination Act of 1975. BISD is committed to providing a free and appropriate public education for all students

---

**Shanter Norman** <snorma1@bmtisd.com>  Tue, Oct 25, 2022 at 3:16 PM
To: Pamela Haynes <pterry@bmtisd.com>

Per section 2.4 international investigation process subsection C:1 All Interviews

1. Prior to being interviewed, the subject employee shall be advised of the nature of the complaint and provided a copy of the complaint.
2. As of Tuesday, October 25, 2022. I have not received a complaint in writing about any violations of policy or procedures.
3. Only information given to me was you stating, you were my complainant and investigator.

BISD 0067

BISD SN 072

[Quoted text hidden]

---

**Pamela Haynes** <pterry@bmtisd.com>                                                  Wed, Oct 26, 2022 at 11:17 AM
To: Shanter Norman <snorma1@bmtisd.com>

Good morning,
The notice of formal complaint investigation form is informing you of the complaint. That form does advise you of the violation of the BISD Police Department concerning Employee Misconduct.
Also, on Friday, Oct. 21, 2022 at 5:05pm, I received your phone call as stated for you to call me upon receipt of the Notice of Formal Complaint Investigation Form, I verbally informed you of the social media FaceBook post made by you that the nature of the post was disrespectful toward Supervisors, which at the present time, you are employed by BISD Police Department. The post is a violation of the Rules of Conduct for our department.
Attached is a copy of the complaint.
Thanks,
[Quoted text hidden]

--
[Quoted text hidden]

📎 **Complainant P. Haynes.pdf**
1114K

---

**Shanter Norman** <snorma1@bmtisd.com>                                                Wed, Oct 26, 2022 at 12:04 PM
To: Pamela Haynes <pterry@bmtisd.com>

Due to this being a formal complaint. I need a notarized copy of my formal complaint with the perjury, aggravated perjury( Penal Code 37.02, 37.03) Also Government Code 614.002) on it.
This copy is not notarized. Also I'm confused on my complainant. Is my complainant you by third party or is it someone else?
This is a complaint form from an unknown third party complainant.
[Quoted text hidden]

---

**Pamela Haynes** <pterry@bmtisd.com>                                                  Thu, Oct 27, 2022 at 12:42 PM
To: Shanter Norman <snorma1@bmtisd.com>

The Statement form for will be done with me, and notarized at that time. Also the Department is the complaintant, I'm representing the department.
[Quoted text hidden]

---

**Shanter Norman** <snorma1@bmtisd.com>                                                Thu, Oct 27, 2022 at 2:14 PM
To: Pamela Haynes <pterry@bmtisd.com>

# I Officer S. Norman have not received a formal written complaint from you or the department. All I have received is a notice of formal complaint investigation which you sent to Captain E. Payne. It states you are my complainant as stated on the legal documentation. I have not received a notarized copy of any formal complaint. I can't send formal written statement to something I haven't been formally complained on.

[Quoted text hidden]



Pamela Haynes <pterry@bmtisd.com>

---

## Internal Investigation
2 messages

**Pamela Haynes** <pterry@bmtisd.com>    Fri, Nov 4, 2022 at 1:00 PM
To: Shanter Norman <snorma1@bmtisd.com>

Good afternoon Officer S. Norman,
As of this date, Nov. 4, 2022, I have yet to receive your response/ statement per instructions regarding the current investigation (F.22-23.01). You have requested a signed and notarized copy of the complaint form. A copy of the complaint was emailed to you on Oct. 26, 2022. What you have requested is not our Departmental Policy nor the Law. Please see the following Departmental Policy and Government Law regarding the Complaints against Law Enforcement Officers. **Please provide a statement today, Nov. 4, 2022 no later than 3 pm this evening via email to pterry@bmtisd.com. referring to the Investigation F.22-23.01.**

This is BISD Police Department Policy: 2.4 Internal Investigation Process:
### I.  INVESTIGATIVE PROCEDURES

C. All Interviews

    1. Prior to being interviewed, the subject employee shall be advised of the nature of the complaint and provided a copy of the complaint.

    2. All interviews will be conducted while the employee is on duty, unless the seriousness of the investigation is such that an immediate interview is required.

    3. During interviews conducted by the department, there will be one employee designated as the primary interviewer.

    4. The complete interview shall be recorded. The recording will note the time at which breaks are taken in the interview process, who requested the break and the time at which the interview resumed.

The following information is provided by the Government Code Chapter 614: Peace Officers and FireFighters.

```
       Sec. 614.023.   COPY OF COMPLAINT TO BE GIVEN TO OFFICER OR
EMPLOYEE.   (a)   A copy of a signed complaint against a law enforcement
officer of this state or a firefighter, detention officer, county
jailer, or peace officer appointed or employed by a political
subdivision of this state shall be given to the officer or employee
within a reasonable time after the complaint is filed.
```

This is the Law. You are only entitled to receive a copy of the complaint, which I have provided to you via email.

Respectfully,
--
Pamela Haynes| Lieutenant
Police Department | Beaumont ISD
Office: 409-617-7015 | fax: 409-617-7013 | pterry@bmtisd.com
www.bmtisd.com | *"Preparing Our Next Generation!"*

BISD 0069

BISD SN 074

**Notice of Confidentiality:** This electronic communication may contain confidential student record information intended solely for school business by the individual to whom it is addressed. Any disclosure (verbal or print), copying, distribution, or use of this information by an unauthorized person is prohibited, and may violate the Family Education Rights and Privacy Act. (FERPA). Should you receive this electronic communication in error, please notify the sender at 409-617-7002 immediately.

**Statement of Non-Discrimination:** The Beaumont Independent School District does not discriminate on the basis of race, color, national origin, gender, age, marital status or handicapping condition in its programs, services, activities, or employment practices as required by Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Education Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; and the Age Discrimination Act of 1975. BISD is committed to providing a free and appropriate public education for all students

---

**Shanter Norman** <snorma1@bmtisd.com>    Fri, Nov 4, 2022 at 2:32 PM
To: Pamela Haynes <pterry@bmtisd.com>

I Officer S.Norman be it sound mind and sound body, was formally complained on by the Beaumont I. S.D. Police Department. I was told my complainant was Lieutenant P. Haynes. She also stated she was my investigator. I received a formal complaint notification for Employee Misconduct. Case#F.22-23.01. This allegation supposedly arose from a Facebook post I posted, while on lunch break. It was a prayer to myself and it did not single out any agency or supervisors of my present or previous employment. I believe these allegations are subjective, as stated on a generic complaint form. Lt. P. Haynes state in her complaint form, "To me, it reflects his current employer BISD Police Department Supervisors." I believe this is an attempt of defamation of character. I have yet to receive a formal complaint from any accusers, with a perjury, aggravated perjury or sworn statement. I was recently advised by Lt. P. Haynes that I was anonymously complained on, which states I have no accusers but her. I asked who where my accusers and she could not tell me, she stated it was anonymous. Per the 6th amendment of the US Constitution which states, "to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him."
Per Texas Occupation Code 1101.204
Complaint Investigation and Disposition. (f) An investigation or other action against a person licensed under this chapter or Chapter 1102 may not be initiated on the basis of an anonymous complaint. Lt. P. Haynes has no direct knowledge of the accusations but wishes to represent an anonymous complaint per an unknown third party. Because of this I would like this formal complaint dismissed and remove from my file.

Per our website these are the instructions.

# Police Department / Complaint Process

**Bb**

bmtisd.com

There is an official Complaint Form available to accommodate any person desiring to make a complaint against police personnel. Persons desiring to make an official complaint must obtain a Complaint Form from the Beaumont ISD Police Department, complete the Complaint Form and have the form notarized. The completed form must be turned in at the Police Department Monday through Friday between the hours of 7:30 A.M. – 4:30 P.M., normally; there is a notary available during these hours if this service is needed.

[Quoted text hidden]

BISD 0071

BISD SN 076