# EXHIBIT 11



To: Chief Malbrough

Subject: F.22-23.01 Extension for Formal Investigation

Date: Nov. 4, 2022

Per our discussion on the status of the investigation on Officer Norman, he continues to question my directives and instructions provided to him. Due to his non compliance with the investigation, it may be necessary for me to have more time to continue the investigation due to him prolonging of his statement for roughly 8 days.

*Extention granted.*

x *Joseph Malb—*

Respectfully,

*Lt. Pamela Haynes*
Lt. Pamela Haynes