# EXHIBIT 12

**Shanter Norman** <snorma1@bmtisd.com>  Fri, Nov 4, 2:32 PM (2 days ago)

to Pamela

I Officer S.Norman be it sound mind and sound body, was formally complained on by the Beaumont I. S.D. Police Department. I was told my complainant was Lieutenant P. Haynes. She also stated she was my investigator. I received a formal complaint notification for Employee Misconduct. Case#F.22-23.01. This allegation supposedly arose from a Facebook post I posted, while on lunch break. It was a prayer to myself and it did not single out any agency or supervisors of my present or previous employment. I believe these allegations are subjective, as stated on a generic complaint form. Lt. P. Haynes state in her complaint form, "To me, it reflects his current employer BISD Police Department Supervisors." I believe this is an attempt of defamation of character. I have yet to receive a formal complaint from any accusers, with a perjury, aggravated perjury or sworn statement. I was recently advised by Lt. P. Haynes that I was anonymously complained on, which states I have no accusers but her. I asked who where my accusers and she could not tell me, she stated it was anonymous. Per the 6th amendment of the US Constitution which states, "to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him." Per Texas Occupation Code 1101.204 Complaint Investigation and Disposition. (f) An investigation or other action against a person licensed under this chapter or Chapter 1102 may not be initiated on the basis of an anonymous complaint. Lt. P. Haynes has no direct knowledge of the accusations but wishes to represent an anonymous complaint per an unknown third party. Because of this I would like this formal complaint dismissed and remove from my file.