# EXHIBIT 15

# **BEAUMONT ISD POLICE DEPARTMENT**

## DISPOSITION OF FORMAL ADMINISTRATIVE INVESTIGATION

**IAD CASE NO:** F. 22-23 .04

**DATE:** January 3, 2023

**TO:** **Shanter Norman**

**FROM:** Chief Joseph Malbrough

**COMPLAINANT: Corporal Reginald Boseman**

**COMPLAINT: Officer Misconduct**

The above complaint was investigated. Upon review and examination, the disposition was classified as indicated below:

## **CLASSIFICATION:**

1. UNFOUNDED
   *Allegation is false or not factual*

2. EXONERATED
   *Was lawful and proper*

3. NOT SUSTAINED
   *Insufficient evidence to either prove or disprove the allegation*

4. ==SUSTAINED==
   *The allegation is supported by sufficient evidence.*

*Note: Only sustained complaints become a part of the officer's active service file.*

**BISD** | Police Department

January 5, 2023

**VIA HAND DELIVERY**
Mr. Shanter Norman
5750 North Major Dr. Apt. 305
Beaumont, Tx, 77713

**Re:  Investigation Summary and Employment Status**

Dear Officer Norman,

The purpose of this correspondence is to address the results of the formal internal complaint alleging that you failed to respond to an administrator's request to render assistance, which Police Department Policy 2.4 provides is serious employee misconduct.

On December 9, 2022, Officer Boseman filed a complaint concerning your conduct at the Beaumont United basketball game on December 9, 2022. The complaint alleged that you failed to respond when Assistant Principal Derrick Chaisson requested your assistance detaining a combative student at the game. Due to the seriousness of the conduct alleged, an internal investigation was opened on December 13, 2022. You were provided written notice of the investigation on December 13, 2022, with a signed copy of the complaint enclosed with the notice correspondence.

The investigation confirmed the allegations. Video, witness statements, and your own statement verify that on December 9, 2022, you elected to work security at the basketball games occurring at Beaumont United. This was a voluntary supplemental duty assignment. During the game, Assistant Principal Derrick Chaison responded to a student engaging in disruptive conduct that included threats to engage in physical harm of others. The student was not responsive to Mr. Chaison's directives to leave; therefore, he exited the gym, and went to the foyer to solicit your help. The video evidence shows you facing the concession stand. You then turn around and acknowledge Mr. Chaison and point him to officers on the opposite end of the entrance to the gym, while continuing to eat your food. There is no audio in the video recording, but all statements confirm that Mr. Chaison requested your assistance in removing the student and that you ignored his plea by directing him to other officers working the security check station on the other end of the gym.



Police Department

**CHAISON**
- AP: "I left the stands heading toward the concession area of the main gym, and that is where I spotted Officer Norman standing beside the concession counter. With urgency, I inclined my voice and called for police assistance while maintaining eye contact with Officer Norman. He did not respond verbally in acknowledgement of my urgent request. Non-verbally he motioned for me to summon the other two officers that were both near the front entrance of the main gym vestibule."

**BOSEMAN**
- BISD PD Officer: "at this event heard Beaumont United Assistant Principal, Derrick Chaison called for police assistance with an urgent in his voice. . . . During this time BISD Officer Shanter Norman was standing 5-8 feet from AP Chaison."

**TURNER**
- Deputy: "At a point during the second half, a black male, later identified as Derrick Chaison, the 12th grade Assistant Principal (AP), came out of the main gym doors nearest the restroom, requesting an officer. I believed Chaison to be asking Officer Shanter Norman, as he was standing in the area in front of the concessions. At the time, Corporal Reggie Boseman, Public Safety Officer (PSO) Chargois, and myself were standing near the front entrance where security checks are completed."

- BISD PSO: "Mr. Chasion came out of the gym asking for an officer assistance in the gym. Officer Norman was the closest to Mr. Chaisson, when he came out of the gym."

- BISD PSO: "An Assistant Principal (AP) came out of the gym asking for an Officer, upon hearing that I looked up seeing the AP walking near Officer Norman."

- Norman: "At halftime of the varsity game I decided to go get a bite to eat, since I had not eaten since earlier before dismissal. While I was eating I was approached by an adult black male, assistant principal, Derrick Chaison. He stated he needed an officer. I said yes sir. And I pointed toward CPL. Boseman and Deputy Turner who were about 30 feet from me. I advised him I was on a quick break."

When you failed to respond, Mr. Chaison requested the assistance of Deputy Turner. She immediately stopped what she was doing and walked with Mr. Chaison to respond to the issue. Corporal Boseman, your acting supervisor, then directed you to assist Deputy Turner and all evidence confirms that you refused the order of your supervisor.


Police Department

*CHAISON*
*BOSEMAN*

- **Video:** Deputy Turner walks to assist Mr. Chaison. Corporal Boseman and you engage in dialogue and you remain standing by the concession stand and did not assist Deputy Turner.
- **AP:** "Both Officer Boseman and Officer Turner, came to assist me. We escorted the student out of the building, and I returned to my duty post within the gym. During this time, I was in great shock that Officer Norman had disregarded my request for assistance...."
- **BISD PD Officer:** "Officer Turner and I both went to assist him. During this time BISD Officer Shanter Norman was standing within 5-8 feet from Ap Chaison. I Corporal Boseman asked Officer Norman to go assist Officer Turner and he said NO! thinking I didn't understand him I asked him to go help Officer Turner again and he then repeated his first response and said no I'm not going; I'm going to eat my food."
- **BISD PSO:** "Officer Norman replied I'm eating. The Jefferson Co. Female officer went into gym, to assist Mr. Chaison in the gym. Once the situation was handled. Officer Bos[e]man asked, Officer Norman why you didn't go help the Female officer. Officer Norman replied man I was eating. Why you didn't you go."
- **BISD PSO:** "I then looked at Deputy Turner and she said 'I got it' to Cpl. Boseman. We [the Deputy and the PSO] started walking towards the AP, at that time I heard Cpl. Boseman calling Officer Norman. Officer Norman was standing by the concession stand eating the AP ws near Officer Norman, both Deputy Turner and myself walked over to see what was going on." The PSO's statement does not address your failure to comply with Corporal Boseman's order and instead states, "I heard Officer Norman say 'I know what's going on in there.' After that I shut down and stopped listening because things were escalating."

*TURNER*
- **Deputy:** "As I am walking to AP Chaison, I heard Corporal Boseman tell Officer Norman to go and assist her, referring to me, and Officer Norman responded he was on his lunch break and continued to eat his food."
- **Norman:** Your statement does not address your failure to comply with Corporal Boseman's order to assist Deputy Turner.

Your conduct of failing to render aid and refusing to comply with an order are serious acts of misconduct that violate the Department's expectations for BISD officers. Specifically, Policy 2.1 provides:

**BISD** | Police Department

*V.F.4.* Employees shall promptly obey all lawful orders and directions given by supervisors and radio dispatchers. The failure or deliberate refusal of employees to obey such orders shall be deemed insubordination and is prohibited. Flouting the authority of a supervisor by displaying obvious disrespect or by disputing their orders shall likewise be deemed insubordination.

*V.G.9.* Employees shall be attentive to their duties at all times, and shall perform all duties assigned to them, even if such duties are not specifically assigned to them in any departmental rules or procedures manual.

*V.G.12.* Employees shall promptly serve the public by providing ==direction==, counsel and ==other assistance== that does not interfere with the discharge of their duties. They shall make ==every reasonable attempt to respond to the inquiry or request for assistance.==

*V.G.15.* Officers shall at all times respond to the lawful orders of supervisors, and to the call of individuals in need of police assistance. The fact that they may be off-duty shall not relieve them from the responsibility of taking prompt and proper police action or from being recalled to duty as needed.

*V.G.16.* Except where expressly prohibited, Officers are required to take prompt and effective police action conforming to department policy with respect to violations of laws and ordinances coming to their attention or of which they have knowledge. Officers shall promptly and punctually perform all official duties.

*V.G.23.* Officers while on-duty shall respond without delay to all calls for police service and all requests for assistance from District staff or administration.

You acknowledged receipt of Policy 2.1 and signed agreeing to comply with the Department's expectations on September 9, 2020. As such, you knowingly violated Department policies that are in place to ensure the safety of the students, staff, and community members we serve. In your statement you ==attempt to blame Officer Boseman== for your conduct stating, "I contribute this complaint to him [Corporal Boseman] being ==emotionally unstable== about having to be at Beaumont United." You detail conflict between you, Corporal Boseman, and other officers; however, prior to submitting your written statement, you made no report regarding Corporal Boseman. Department Policy 2.1 states that "all employees of this department have an affirmative duty to report serious acts of misconduct or failure to perform actions, defined in departmental policy, procedures, and rules. Failure to report shall result in corrective or disciplinary action." If Corporal Boseman failed to work collaboratively with you or his co-workers, you had a



duty to report that conduct, and failed to do so. Moreover, video evidence and neutral parties—Deputy Turner and AP Chaisson—confirm the allegations submitted by Officer Boseman.

**Investigation Disposition and Chief's Recommendation:**

I have carefully reviewed this Internal Investigation and its findings. The complaint brought against you was **sustained** as supported by the evidence. Policy 2.5 provides that "terminations are made in cases of extreme misfeasance, malfeasance, or *nonfeasance* of duty." (emphasis added) Video and multiple written statements demonstrate that you failed to render aid as required by Policy 2.1 and also refused to comply with multiple orders from the supervising officer on duty. After considering the results of the investigation and your disciplinary record, in accordance with Policy 2.5 your employment with the Beaumont ISD Police Department is terminated effective January 5, 2023.

You are directed to return all Department and District owned equipment and property in your possession immediately. In addition, you may participate in an exit interview with Mona Richard at BISD's Human Resources Department. Should you have any questions regarding this correspondence, contact me directly at 409 617-7002.

Sincerely,

Joseph Malbrough, BISD-PD
Chief of Police

Cc:   Derwin Samuels, Executive Director of Human Resources

Encl:  Departmental Policy 2.1 Rules of Conduct, 2.5 Employee Disciplinary Process

I acknowledge receipt of this document.

_____   _____
Shanter Norman              Date

*[Handwritten notes: "I DO NOT AGREE OF THE FINDING I WILL EXPLAIN LATER. SZN" and date "1-5-2023 SZN"]*