# EXHIBIT 16





BISD 0090