# EXHIBIT 17

On Friday, December 9, 2022, between the hours of 7:30 P.M. and 8:00 P.M., while working Beaumont United Girls Basketball games, I, Deputy S. Turner, observed an incident that occurred between Beaumont United Administrative staff and Beaumont Independent School District (BISD) Police Department during the second half of the varsity girls' basketball game.

During the basketball games, I worked in the area of the security checks and the entrance to the main gym. At a point during the second half, a black male, later identified as Derrick Chaison, the 12th grade Assistant Principal (AP), came out of the main gym doors nearest the restrooms, requesting an officer. I believed Chaison to be asking Officer Shanter Norman, as he was standing in the area in front of the concessions. At the time, Corporal Reggie Boseman, Public Safety Officer (PSO) Chargois, and myself were standing near the front entrance where security checks are completed. When I made eye contact with AP Chaison, whom was still requesting an officer, at that point he requested a female officer. As I am walking to Chaison, I heard Corporal Boseman tell Officer Norman to go and assist her, referring to me, and Officer Norman respond he was on his lunch break and continued to eat his food. I responded at that time go ahead and eat your food, I'll go see. PSO Chargois came with me to assist, while Corporal Boseman remained at the gym entrance. We assisted AP Chaison with escorting a black female out of the game. Once completed, PSO Chargois and I walked back into the main gym, as we walked into the gym I began to overhear Corporal Boseman address the issue with Officer Norman. As they exchanged words, we went in the gym for security presence. I did not hear exactly what was said, just a loud verbal exchange between the two officers.

AP Chaison did come to me prior to the end of the game to introduce himself and explained that he was very upset about what had transpired, specifically with Officer Norman.

This report was completed to document my account of the events that took place regarding this incident.

Shaleese Turner, Deputy

Jefferson County Sheriff's Office

Cell: (409) 498- 3111

BISD 0091   BISD SN2 050