# EXHIBIT 18

On Friday December 9, 2022, while working a Beaumont United High School Girls basketball game located at 3443 Fannett Road Beaumont Jefferson County Texas. I BISD Corporal Reginald Boseman while on duty at this event heard Beaumont United Assistant Principal, Derrick Chaison called for police assistance with an urgent in his voice. Mr. Chaison looked at me (Cpl Boseman) and Sheriff Department Officer Turner and stated, "Can I get a female officer?" Officer Turner and I both went to assist him. During this time BISD Officer Shanter Norman was standing within 5-8 feet from Ap Chaison. I Corporal Boseman asked Officer Norman to go assist Officer Turner and he said NO! thinking I didn't understand him I asked him to go help Officer Turner again and he then repeated his first response and said no I'm not going; I'm going to eat my food. Officer Norman then stated I have been here since 6am and this is my lunch break. I told officer Norman that we all have been working hard but maybe he's working to much basketball, and he stated it don't matter because if I don't work the game, I'm going to be at the games anyway. I, Cpl Boseman, officer Turner and Mr. Chaison escorted the student out of the building/gym and returned to our duty post in the gym.

Assistant Principal Chaison approached me and Turner after we reentered the gym. He stated that he asked Officer Norman for assistance in escorting the student out of the stands and out of the building. Mr. Chasion stated that Officer Norman did not respond verbally in acknowledgement of his urgent request. Mr. Chaison stated that officer Norman non-verbally motioned for him to summon the other two officers (Turner & Boseman) that were near the front entrance.

After I returned to the gym, Officer Norman approached me and stated with a high voice to me "he doesn't need anything "and that's why he disregarded his request. (Speaking on Mr. Chaison's request for help)

Reginald Boseman