# EXHIBIT 19

# Beaumont I. S. D. Police Department
## Complaint Form

### Statement of Incident

Alleged Conduct: **Insubordination,**

Written by: **Reginald Boseman**

Date: **12/09/22**   Time: **4pm - 8pm**

### Narrative

On Friday December 9, 2022 at the Beaumont United Girls Basketball game, you were asked by staff to come and provide support regarding some patrons acting out of order. You did not respond and proceeded to the concession stand to retrieve food. I engaged with you regarding responding to the request by campus staff. You refuse. The failure or deliberate refusal to do so is insubordination and is prohibited.

Signed: *Reginald Boseman*   ☐ Additional documents attached