# EXHIBIT 20

*Chaison* (signature)

## Official Statement
Friday December 9th, 2022

Concerned Parties:

I am writing this formal statement in compliance with the district and campus administration directive. On Friday (December 9th 2022), I incurred a situation during the 3rd or 4th quarter of the girls' basketball game where an irate student persistently used profanity, displayed defiance, and verbally hurled physical threats. I asked the student for her student ID; she disclosed that she was not a student at Beaumont United High School. I asked her to leave the stands and leave the premises. Multiple times she refused.

I turned to summon Officer Norman for assistance in escorting a student out of the stands and out of the building. He was not within eyeshot of where he had been standing for the majority of the night. So, I left the stands heading towards the concession area of the main gym, and that is where I spotted Officer Norman standing beside the concession counter.

With urgency, I inclined my voice and called for police assistance while maintaining eye contact with Officer Norman. He did not respond verbally in acknowledgement of my urgent request. Non-verbally he motioned for me to summon the other two officers that were both near the front entrance of the main gym vestibule. I turned my attention to Officer Boseman and Officer Turner (Sheriff's Department). I inclined my voice and requested, "Can I get a female officer?" Both Officer Boseman and Officer Turner, came to assist me. We escorted the student out of the building, and I returned to my duty post within the gym.

During this time, I was in great shock that Officer Norman had disregarded my request for assistance because it was **not our normal rapport** and professional respect for one another. Daily, since meeting officer Norman, we have both shown each other great professional respect, support, and assistance.

Once, I returned back into the vestibule to apologize for having to call on Officer Turner during my time of urgency, Officer Boseman and Officer Turner disclosed that Officer Norman stated to them, " He doesn't need anything" as a statement to disregard my request. Officer Boseman was on his cellphone with the BISD Capt. Eric Payne informing him of Officer Norman's lack of action. It is there that Officer Boseman insisted that I speak with Capt. Payne and share my account. Thus, I was instructed by Capt. Eric Payne to write a formal statement.

Simply, I greatly respect and appreciate the opportunity to work with Officer Norman; it is my hope that we are able to speak on the matter and move forward with a better understanding of our collaborative roles in serving Beaumont United High School.

Sincerely,
Derrick Chaison
12 Grade Assistant Principal
Beaumont United High