# EXHIBIT 21



Joseph Malbrough <jmalbr1@bmtisd.com>

## Fwd: Statement
1 message

*PSO-Chargois* (handwritten)

**Eric Payne** <epayne@bmtisd.com>  Fri, Dec 16, 2022 at 9:51 AM
To: Joseph Malbrough <jmalbr1@bmtisd.com>

FYI

---------- Forwarded message ---------
From: **Alfred Chargois** <achargo@bmtisd.com>
Date: Fri, Dec 16, 2022 at 9:39 AM
Subject: Statement
To: Eric Payne <epayne@bmtisd.com>


On Friday the 9th day of December 2022, I PSO Chargois was working a Basketball game at Beaumont United. During the course of the game an Assistant Principal (AP) came out of the gym asking for an Officer, upon hearing that I looked up seeing the AP walking near Officer Norman. I then looked at Deputy Turner and she said "I got it" to Cpl. Boseman. We both started walking towards the AP, at that time I heard Cpl. Boseman calling Officer Norman. Officer Norman was standing by the concession stand eating the AP was near Officer Norman, both Deputy Turner and myself walked over to see what was going on. Not knowing what was previously stated between Officer Norman and the AP, I heard the AP say to Officer Norman, "that's ok, she's a female anyway." I looked at Officer Norman and said "I got it." Walking back from the gym entrance, I heard Officer Norman say " I know what going on in there. After that I shut down and stopped listening because things were escalating.

--

Eric R Payne, Sr. | Captain
Police Department | Beaumont ISD
Office: 409-617-7005 | fax: 409-617-7013 | epayne@bmtisd.com
www.bmtisd.com | *"Preparing Our Next Generation!"*

Notice of Confidentiality: This electronic communication may contain confidential student record information intended solely for school business by the individual to whom it is addressed. Any disclosure (verbal or print), copying, distribution, or use of this information by an unauthorized person is prohibited, and may violate the Family Education Rights and Privacy Act. (FERPA). Should you receive this electronic communication in error, please notify the sender at 409-617-7002 immediately.

Statement of Non-Discrimination: The Beaumont Independent School District does not discriminate on the basis of race, color, national origin, gender, age, marital status or handicapping condition in its programs, services, activities, or employment practices as required by Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Education Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; and the Age Discrimination Act of 1975. BISD is committed to providing a free and appropriate public education for all students

BISD 0095

BISD SN2 054