# EXHIBIT 22

12/16/22, 1:09 PM
Beaumont Independent School District Mail - Fwd: Incident between Officer Norman and Officer Bossman.

Case 1:24-cv-00007-MJT     Document 27-24     Filed 01/23/25     Page 2 of 2 PageID #: 395

**BISD**
Preparing Our Next Generation

ISD - Smith

Joseph Malbrough <jmalbr1@bmtisd.com>

## Fwd: Incident between Officer Norman and Officer Bossman.

1 message

**Eric Payne** <epayne@bmtisd.com>　　　　　　　　　　　　　　　　　　　　　Thu, Dec 15, 2022 at 5:44 PM
To: Joseph Malbrough <jmalbr1@bmtisd.com>

FYI

---------- Forwarded message ---------
From: **Clinton Smith** <csmith@bmtisd.com>
Date: Thu, Dec 15, 2022, 5:42 PM
Subject: Incident between Officer Norman and Officer Bossman.
To: Eric Payne <epayne@bmtisd.com>


What I witness was, Mr. Chasion came out of the gym asking for an officer assistance in the gym. Officer Norman was the closest to Mr. Chasion, when he came out the gym. Officer Norman replied I'm eating. The Jefferson Co. Female officer went into gym, to assist Mr. Chasion in the gym. Once the situation was handled. Officer Bossman asked, Officer Norman why you didn't go help the Female officer. Officer Norman replied man I was eating. Why you didn't you go. Officer Norman started walking towards Officer Bossman explaining, why he didn't go help. I then heard Officer Bossman say Don't walk up on me. Officer Norman went back into the gym to monitor the gym. That was the last of it that night I witness.

BISD 0096

BISD SN2 053