# EXHIBIT 23



S. Norman

**BISD**
Preparing Our Next Generation

Joseph Malbrough <jmalbr1@bmtisd.com>

---

## Fwd: Complaint Report
1 message

---

**Eric Payne** <epayne@bmtisd.com>       Wed, Dec 14, 2022 at 8:27 AM
To: Joseph Malbrough <jmalbr1@bmtisd.com>

FYI

---------- Forwarded message ---------
From: **Shanter Norman** <snorma1@bmtisd.com>
Date: Tue, Dec 13, 2022 at 4:43 PM
Subject: Re: Complaint Report
To: Eric Payne <epayne@bmtisd.com>


On Friday, December 9, 2022 I Officer S. Norman was patrolling at Beaumont United High School located at 3443 Fannett Road in Beaumont, Jefferson County, Texas. I had been at work since about 6:15am. I had completed a entire shift and was scheduled to work a girls basketball game at the gymnasium. Beaumont United versus North Shore. I believed I arrived at 4:30pm. Upon my arrival Deputy Turner was on scene. I worked the 9th grade and JV game alone inside the gym. I observed CPL. Boseman later during halftime of the JV game. Upon the start of the varsity game I was still in the gymnasium alone. At halftime of the varsity game I decided to go get a bite to eat, since I had not eaten since earlier before dismissal. While I was eating I was approached by an adult black male, assistant principal, Derrick Chaison. He stated he needed an officer. I said yes sir. And I pointed toward CPL. Boseman and Deputy Turner who were about 30 feet from me.  I advised him I was on a quick break. He then said I need a female officer. I said to Turner he needs a female officer. She started making her way toward him when an unknown black female juvenile exited the gymnasium area into the foyer near the concession area where I was standing. Chaison voice elevated once she went toward the exit. The unknown black female left without uttering a word. Cpl Boseman walked out behind the unknown juvenile and Chaison. CPL. Boseman entered

moments later. Upon entrance he seemed a little upset. I advised him everything was taking care of. He immediately got upset about sending a female Deputy to assist alone. In the past CPL Boseman would insisted on me finish eating or taking care of some paperwork while he handled a call or issue. This incident I treated as such. I approached CPL Boseman to explain the situation and he got angry. He stated, "don't walk up on me like that. " I was basically letting him know there was not an immediate threat to anyone but it was insubordination issue between student and staff. CPL Boseman then stated ," imma call Payne and have you removed from all games. I advised him that's fine I will still come and support. He began to lower his voice and listen to me. After listening to me, we got on the same page and continued working with no issue. I was very concerned about his actions that evening due to him being angry and very unprofessional the day before in Ms. Bennett's office. Present was myself, Sgt. Hartfield, Deputy Caleb, a black juvenile male student and Ms. Bennett. CPL Boseman called via cellular phone asking about the fire alarm. I advised him Sgt Hartfield was here to check on things. He began to get upset about the situation. He advised me before hanging up that Sgt Hartfield got a case number. CPL. Boseman hung up the phone. CPL Boseman then entered Ms. Bennett's office and confronted Sgt. Hartfield in anger. He began to tell him, "why are you here? I don't need you to get a case number for me. I can get my own damn case number. He leaned in with his hand on his ear and said you got something to say before I go. Do you, do you!! Exactly that's what I thought." He did all this in the presence of those in the room. I contribute this complaint to him being emotionally unstable about having to be at Beaumont United. He has stated to me on several occasions about him being disgusted about being at Beaumont United while Sgt. Mitchell is on light duty, when there is none. CPL Boseman have expressed departmental inconsistencies about Brenda having to change positions while she was pregnant but Sgt Mitchell hurt his shoulder and gets to be on light duty. You can ask all parties involved. This statement is true and correct.

On Tue, Dec 13, 2022 at 4:04 PM Eric Payne <epayne@bmtisd.com> wrote:

BISD 0098

BISD SN2 052