# EXHIBIT 24



**FISHER FIRM**

sierra@fisherfirm.com  
P: 409-444-3333  
F: 409-331-5060  

560 S 4th St.  
Silsbee, TX 77656  
www.fisherfirm.com  

Sierra D. Fisher                                                                                           Attorney

April 13, 2023

<u>*Via email (bridgett.brumbaugh@cleat.org)*</u>
Bridgett Brumbaugh
CLEAT

**Re: Beaumont ISD, Shanter Norman Level 3 Grievance Hearing**

Dear Ms. Brumbaugh,

    As you are aware, Mr. Norman currently has a grievance concerning his suspension without pay pending at Level Three and a subsequent grievance concerning his termination pending at Level Two. This letter provides notice that because the complaints are sufficiently similar in nature, Mr. Norman's grievances will be consolidated at Level Three and heard by the Board of Trustees at the Board's April 20, 2023, board meeting. The meeting will begin at 5:00 p.m. and occur at the Beaumont ISD Board Room located at 3395 Harrison Street, Beaumont, TX 77706. Should the meeting start time change, you will receive updated notice. For your convenience, you may also access the hearing via zoom with the log on information below.

    **Meeting Link:**
https://us02web.zoom.us/j/5751422196?pwd=c3YzZmtSTEVSNGlsZE45UEcwdVNhUT09
**Meeting ID:** 575 142 2196
**Passcode:** 909838

    The grievance hearing will be conducted in executive session in accordance with the Texas Open Meetings Act and other applicable law. The presiding officer may set reasonable time limits and guidelines for the presentation. There is no cross-examination or presentation of witnesses by either side. The Board may ask questions of the parties, and the grievance hearing will be limited to the matters in the record.

    In accordance with Board Policy DGBA (Local), the Board will be provided with a record for each grievance, which includes:

*Suspension Grievance*: the Level One Record, notice of appeal from Level One to Level Two, the written response issued at Level Two and any attachments, all other documentation relied upon by the administration in reaching the Level Two decision.

*Termination Grievance*: the Level One Record and notice of appeal. Because the termination complaint was consolidated with the suspension complaint at Level Three, the parties did not conduct a Level Two grievance hearing for the termination complaint.

Board Policy DGBA (Local) is available on the District's website at: https://pol.tasb.org/PolicyOnline/PolicyDetails?key=725&code=DGBA. If you'd like to review the complaints prior to the board meeting, please contact me directly. As always, your professional courtesies are appreciated.

Sincerely,

*Sierra D. Fisher*

Sierra D. Fisher

2

BISD 0100

BISD SN 162