# EXHIBIT 25

**OFFICIAL MINUTES OF THE BOARD OF THE**
**BEAUMONT INDEPENDENT SCHOOL DISTRICT**
**IN THE BOARD ROOM OF THE BEAUMONT ISD ADMINISTRATION BUILDING**
**3395 HARRISON AVENUE BEAUMONT, TEXAS**

**April 20, 2023**

*Regular Meeting Minutes as Directed Under the Provisions of the Texas Open Meetings Act, Texas Government Code, Chapter 551*

The Board Members of the Beaumont Independent School District met in regular meeting on Thursday, April 20, 2023, in the Board Room of the Administration Building located at 3395 Harrison Avenue in Beaumont, Jefferson County, Texas. The meeting was called to order at 5:00 p.m. by Robert C. Dunn, Sr., Presiding Officer.

### CALL TO ORDER

President, Robert C. Dunn, Sr. established a quorum.

### ROLL CALL

**PRESENT:**   Robert C. Dunn, Sr., Trustee & President
Woodrow Reece, II, Trustee & Vice President
Stacey Lewis, Jr., Trustee & Secretary
Joe A. Evans, Jr., Trustee
Kevin W. Reece, Trustee
Tillie Hickman, Trustee
Denise Wallace-Spooner, Trustee
Dr. Shannon Allen, Superintendent

**ABSENT:**   NONE.

At 5:01 p.m., the board went in to closed session.

I. CLOSED SESSION (CLOSED TO PUBLIC) - BOARD WILL CONVENE IN CLOSED SESSION UNDER CHAPTER 551 OF THE TEXAS GOVERNMENT CODE, SECTIONS 551.071, 551.072, 551.073, 551.074, 551.076, 551.083, 551.084 AND/OR 551.087, TO DELIBERATE ON THE FOLLOWING:

- LEGAL

    1. Pending or contemplated litigation matters and status report

    2. Matters on which the school district legal counsel's duties to the school district under the Texas Disciplinary

BISD 0101

**OFFICIAL MINUTES**                                                                 **April 20, 2023**

Rules of Professional Conduct or the State Bar of Texas Clearly conflicts with the Texas Open Meetings Act

- o Redistricting

  **NO ACTION.**

- o TEA Update

  **NO ACTION.**
- o 1882 Partnership Agreement

  **NO ACTION.**

- PERSONNEL

  1. Deliberation regarding the appointment, employment, evaluation, reassignment, duties, proposed terminations, terminations and suspensions, proposed nonrenewals, renewals, and resignation/retirements, discipline, and/or dismissal of a public officer or employee, including the superintendent, and/or hear complaints and grievances against public officers or employees

     - o Superintendent's Recommendation on Proposed Chapter 21 Contract terminations and nonrenewals

       **NO ACTION.**

     - o Level 3 Employee Grievance Hearing: Pamela Green

       In the employee grievance submitted by Pamela Green It was moved by Tillie Hickman, and seconded by Joe Evans, that the board uphold the grievance decisions issued by the administration and deny the remedies requested.  Grievance Denied

       President Robert Dunn called for a vote on the motion:

**OFFICIAL MINUTES**                                                                **April 20, 2023**

|         |          |                                                                                                                    |
|---------|----------|--------------------------------------------------------------------------------------------------------------------|
| YAYS:   |          | Robert C. Dunn, Sr., Woodrow Reece, Stacey Lewis, Joe A. Evans, Jr., Kevin Reece, Tillie Hickman, and Denise Wallace-Spooner |
| NAYS:   |          | NONE.                                                                                                              |
| ABSTAIN:|          | NONE.                                                                                                              |

    MOTION PASSED:     7-0

- o Level 3 Employee Grievance Hearing: Shanter Norman

  In the employee grievance submitted by Shanter Norman It was moved by Joe Evans, and seconded by Tillie Hickman, that the board uphold the grievance decisions issued by the administration and deny the remedies requested.  Grievance Denied

  President Robert Dunn called for a vote on the motion:

  | YAYS: | Robert C. Dunn, Sr.,  Stacey Lewis, Joe A. Evans, Jr., Tillie Hickman, and Denise Wallace-Spooner |
  |-------|---------------------------------------------------------------------------------------------------|
  | NAYS: | Woodrow Reece, Kevin Reece.                                                                       |
  | ABSTAIN: | NONE.                                                                                           |

  MOTION PASSED:     5-2

- o Board Operating Procedures – Action taken in open meeting.
- o Superintendent's Contract

  **NO ACTION.**

- REAL ESTATE

  1. Deliberation regarding the purchase, exchange, lease or value of real property

- ECONOMIC DEVELOPMENT

3

1. Deliberation regarding an offer of a financial or other incentive to a business prospect related to economic development negotiations

II. **6:30 p.m. - BOARD ROOM (REGULAR OPEN BOARD MEETING)**

A. INTRODUCTION OF REGULAR MEETING

1. West Brook High School NJROTC posted the colors, and the pledges of Allegiance to the US and Texas Flags was led by Holland Peterson.

2. Recognitions– Jackie Simien, Director of Communications, ty and Media Relations, presented the following recognitions:

    - West Brook Lady Powerlifters, won Top Honors at State Competition; Rayia Calbert, Beaumont United and Cindy Yang of West Brook
    - Elementary Students Excel at UIL Academic Competition-Guess, Curtiss and Blanchette Elementary Schools
    - BU Timberwolves Basketball Team

B. STUDENT OUTCOMES

1. Superintendent's Report– Dr. Shannon Allen, Superintendent of Schools, presented the following information to the Board:

    - Vision
    - Mission
    - Core Beliefs #2
    - Accountability
    - 22-23 STAAR Redesign
    - A-F Accountability System 2023 Updates
    - 2023 Summary
    - STAAR 2023
    - 2023-2024 Teacher of the Year Gala – May 5
    - Community Cleanup on May 13
    - BISD/City of Beaumont Job Fair for Seniors, May 8
    - Registration Kickoff on May 6

1. Cabinet Report

    - Board Progress Monitoring Report - Preparation for STAAR – Dr. Anita Frank, Assistant Superintendent for Elementary Administration, presented the following information to the Board:

- o   STAAR Testing Dates
- o   Data Meetings
- o   Small Group Instruction
- o   Whole Group Instruction
- o   STAAR Stations
- o   STAAR Family Meetings
- o   STAAR Success Academies
- o   STAAR Escape Room
- o   Campus STAAR Parent Nights
- o   Campus STAR Pep Rally

C.  PUBLIC COMMENTS

   **2 ½ Minutes**

   1.  **Linda Gilmore**, 4695 Beale Street.  Signed up to address the Board regarding, where is it?

   **1 ½ Minutes**

   1.  **Tanisha Babbs**, 925 Schwarner.  Signed up to address the Board regarding school discipline.

   2.  **Zayna Bernard**, 3150 W. Cardinal Drive.  Signed up to address the Board regarding, mosquitos.

D.  INFORMATION ITEMS

   1.  Update on Personnel Activities —Derwin Samuels, Executive Director of Human Resources, presented information on the Personnel activities for the month of March 2023.

   2.  Report for Tax Collections s—Cheryl Hernandez, Chief Financial Officer, presented information on the Tax Collections for the month of March 2023.

   3.  Report for General Fund Revenue and Expenditures —Cheryl Hernandez, Chief Financial Officer, presented information on the General Fund Revenue and Expenditures Report for the month of March 2023.

   4.  Report for Campus Activities Funds and Donations —Cheryl Hernandez, Chief Financial Officer, presented information on the Campus Activities Funds and Donations for the month of March 2023.

5. Report for Quarterly Investments—Cheryl Hernandez, Chief Financial Officer, presented information on the Quarterly Investments for 2023.

6. Districtwide Intruder Detection & Audit Report Findings – Chief Malbrough

7. Update of Facilities Subcommittee – Trustee Stacey Lewis

8. Board Training Credit Announcement-President Robert Dunn announced that the record reflect that all Trustees have met and/or exceeded the required training-

   Thereby stating that, the BISD Board Members, each stated the # of Hours of Training for the 2022-2023 School Year as folows:

   President, Robert Dunn C. Dunn, Sr., completed 26.75 hours of training, EXCEEDING the requirements under the State Board of Education Rule.

   Mr. Woodrow Reece, completed 26.5 hours of training, EXCEEDING the requirements under the State Board of Education Rule.

   Mr. Stacey Lewis, 5 hours of training, Completing the requirements under the State Board of Education Rule.

   Mr. Joe Evans completed 10.75 hours of training, EXCEEDING the requirements under the State Board of Education Rule.

   Ms. Tillie Hickman, completed 27 hours of training, EXCEEDING the requirements under the State Board of Education Rule.

   Mr. Kevn Reece, completed 16 hours hours of training, EXCEEDING the requirements under the State Board of Education Rule.

   Ms. Denise Wallace-Spooner, completed 28.75 hours of training, EXCEEDING the requirements under the State Board of Education Rule.

E. CONSENT AGENDA

   1. Minutes of March 8, 2023, Regular Board Meeting

**OFFICIAL MINUTES**                                                                 **April 20, 2023**

    2. Approve 2023-2024 TEKS Certification Requirements Form

It was moved by Stacey Lewis, and seconded by Tillie Hickman, to approve the Consent Agenda items as presented to the Board.

President Robert Dunn called for a vote on the motion:

YAYS:    Robert C. Dunn, Sr., Woodrow Reece, Stacey Lewis, Joe A. Evans, Jr., Kevin Reece, Tillie Hickman, and Denise Wallace-Spooner

NAYS:    NONE.

ABSTAIN:    NONE.

MOTION PASSED:    7-0

    3. Approve Renewal of Moving Services

Stacey Lewis, Tillie Hickman to approve renewal of Moving Services.

President Robert Dunn called for a vote on the motion:

YAYS:    Robert C. Dunn, Sr., Stacey Lewis, Joe A. Evans, Jr., and Tillie Hickman

NAYS:    Woodrow Reece, Kevin Reece.

ABSTAIN:    Denise Wallace-Spooner.

MOTION PASSED:    4 – 2 with 1 Abstention

    4. Approve amendment to Board Operating Procedures

It was moved by Stacey Lewis, and seconded by Kevin Reece, to decline the proposed amendments.

YAYS:    Stacey Lewis, Kevin Reece, and Denise Wallace-Spooner

NAYS:    Robert C. Dunn, Sr., Woodrow Reece, Joe A. Evans, Jr., and Tillie Hickman

ABSTAIN:    NONE.

MOTION FAILED: 3-4

**OFFICIAL MINUTES**                                                                 **April 20, 2023**

> **AMENDED MOTION.** It was moved by Joe Evans, and seconded by and Denise Wallace-Spooner to approve the BOP
>
> YAYS: Robert C. Dunn, Sr., Joe A. Evans, Jr., Tillie Hickman, and Denise Wallace-Spooner
>
> NAYS: Stacey Lewis, Woodrow Reece, and Kevin Reece,
>
> ABSTAIN: NONE.
>
> MOTION PASSED: 4-3

F. ACTION ITEMS

1. Action, if any, on items discussed in closed session are as noted above.

2. Approve Budget Amendments

   It was moved by Stacey Lewis, and seconded by Joe Evans, to approve the Budget Amendments as presented to the Board.

   President Robert Dunn called for a vote on the motion:

   YAYS: Robert C. Dunn, Sr., Woodrow Reece, Stacey Lewis, Joe A. Evans, Jr., Kevin Reece, Tillie Hickman, and Denise Wallace-Spooner

   NAYS: NONE.

   ABSTAIN: NONE.

   MOTION PASSED: 7-0

3. Approve Purchases of $50,000
   It was moved by Stacey Lewis, and seconded by Tillie Hickman, to approve Purchases of $50,000.

   President Robert Dunn called for a vote on the motion:

   YAYS: Robert C. Dunn, Sr., Woodrow Reece, Stacey Lewis, Joe A. Evans, Jr., Kevin Reece, Tillie Hickman, and Denise Wallace-Spooner

|  |  |
|---|---|
| NAYS: | NONE. |
| ABSTAIN: | NONE. |

MOTION PASSED:   7-0

4. Consider Approving Resolution regarding Vouchers, Education Savings Accounts, Taxpayer Savings Grants, and Other Mechanisms that Reduce Education Funding

   It was moved by Stacey Lewis, and seconded Tillie Hickman, to Consider Approving Resolution regarding Vouchers, Education Savings Accounts, Taxpayer Savings Grants, and Other Mechanisms that Reduce Education Funding.

   President Robert Dunn called for a vote on the motion:

   | | |
   |---|---|
   | YAYS: | Robert C. Dunn, Sr., Woodrow Reece, Stacey Lewis, Joe A. Evans, Jr., Kevin Reece, Tillie Hickman, and Denise Wallace-Spooner |
   | NAYS: | NONE. |
   | ABSTAIN: | NONE. |

   MOTION PASSED:   7-0

5. Approve Auditors for 2022-2023 Fiscal Year

   It was moved by Stacey Lewis, and seconded by Joe Evans, to approve Auditors for 2022-2023 Fiscal Year.

   President Robert Dunn called for a vote on the motion:

   | | |
   |---|---|
   | YAYS: | Robert C. Dunn, Sr., Woodrow Reece, Stacey Lewis, Joe A. Evans, Jr., Kevin Reece, Tillie Hickman, and Denise Wallace-Spooner |
   | NAYS: | NONE. |
   | ABSTAIN: | NONE. |

   MOTION PASSED:   7-0

6. Approve Vendor for Property & Casualty Insurance (RFP 23.16)

BISD 0109

It was moved by Stacey Lewis, and seconded by Joe Evans, to approve Vendor for Property & Casualty Insurance (RFP 23.16).

**AMENDED MOTION**. It was moved by Stacey Lewis, and seconded by Tillie Hickman to approve the Vendor for Property & Casualty Insurance (RFP 23.16) not to exceed $7,806,000.00.

President Robert Dunn called for a vote on the motion:

| | |
|---|---|
| YAYS: | Robert C. Dunn, Sr., Woodrow Reece, Stacey Lewis, Joe A. Evans, Jr., Kevin Reece, Tillie Hickman, and Denise Wallace-Spooner |
| NAYS: | NONE. |
| ABSTAIN: | NONE. |

MOTION PASSED:    7-0

7. Approve Excess Workers' Compensation Insurance Award

 It was moved by Stacey Lewis, and seconded by Joe Evans, to approve Excess Workers' Compensation Insurance Award.

President Robert Dunn called for a vote on the motion:

| | |
|---|---|
| YAYS: | Robert C. Dunn, Sr., Woodrow Reece, Stacey Lewis, Joe A. Evans, Jr., Kevin Reece, Tillie Hickman, and Denise Wallace-Spooner |
| NAYS: | NONE. |
| ABSTAIN: | NONE. |

MOTION PASSED:    7-0

8. Approve Map Plan D Updated with Amended Boundary Line for District 4

It was moved by Stacey Lewis, and seconded by Joe Evans, to approve Map Plan D Updated with Amended Boundary Line for District 4.

President Robert Dunn called for a vote on the motion:

YAYS:      Robert C. Dunn, Sr., Woodrow Reece, Stacey Lewis, Joe A. Evans, Jr., Kevin Reece, Tillie Hickman, and Denise Wallace-Spooner

NAYS:      NONE.

ABSTAIN:   NONE.

MOTION PASSED:   7-0

9. Approve the reassignment of students at Lucas Pre-K to designated elementary campuses based on facility capacity

   It was moved by Stacey Lewis, and seconded by Tillie Hickman, to approve the reassignment of students at Lucas Pre-K to designated elementary campuses based on facility capacity.

   President Robert Dunn called for a vote on the motion:

   YAYS:      Robert C. Dunn, Sr., Woodrow Reece, Stacey Lewis, Joe A. Evans, Jr., Kevin Reece, Tillie Hickman, and Denise Wallace-Spooner

   NAYS:      NONE.

   ABSTAIN:   NONE.

   MOTION PASSED:   7-0

10. Approve Bid Package 1 - Memorial Stadium Renaming Rights (RFP 23.15)

    It was moved by Stacey Lewis, and seconded by Joe Evans, to postpone taking action on approving the Bid Package 1 - Memorial Stadium Renaming Rights (RFP 23.15).

    President Robert Dunn called for a vote on the motion:

    YAYS:      Robert C. Dunn, Sr., Woodrow Reece, Stacey Lewis, Joe A. Evans, Jr., Kevin Reece, Tillie Hickman, and Denise Wallace-Spooner

**OFFICIAL MINUTES**                                                                April 20, 2023

    NAYS:        NONE.

    ABSTAIN:    NONE.

    MOTION PASSED:    7-0 to postpone taking action.

11. Consider and Approve the Reallocation of Capital Projects Funds and Approve Budget Amendment CP-2

    It was moved by Stacey Lewis, and seconded by Joe Evans, to approve Consider and Approve the Reallocation of Capital Projects Funds and Approve Budget Amendment CP-2.

    President Robert Dunn called for a vote on the motion:

    YAYS:     Robert C. Dunn, Sr., Woodrow Reece, Stacey Lewis, Joe A. Evans, Jr., Kevin Reece, Tillie Hickman, and Denise Wallace-Spooner

    NAYS:     NONE.

    ABSTAIN:  NONE.

    MOTION PASSED:   7-0

12. Delegate authority to Superintendent to negotiate amendment to 1882 Partnership Agreement with Responsive Education

    It was moved by Stacey Lewis, and seconded by Hickman, to Delegate authority to Superintendent to negotiate amendment to 1882 Partnership Agreement with Responsive Education.

    President Robert Dunn called for a vote on the motion:

    YAYS:     Robert C. Dunn, Sr., Woodrow Reece, Stacey Lewis, Joe A. Evans, Jr., Kevin Reece, Tillie Hickman, and Denise Wallace-Spooner

    NAYS:     NONE.

    ABSTAIN:  NONE.

    MOTION PASSED:   7-0

**OFFICIAL MINUTES**                                                    **April 20, 2023**

    13. Approve 1882 Partnership Agreement

    It was moved by Stacey Lewis, and seconded by Joe Evans, to Approve 1882 Partnership Agreement.

    President Robert Dunn called for a vote on the motion:

    YAYS:    Robert C. Dunn, Sr., Woodrow Reece, Stacey Lewis, Joe A. Evans, Jr., Kevin Reece, Tillie Hickman, and Denise Wallace-Spooner

    NAYS:    NONE.

    ABSTAIN:    NONE.

    MOTION PASSED:    7-0

At 9:30 p.m., the board went back into closed session.

At 11:01 p.m., the board returned to open meeting to take action on items discussed in closed session.

## **ADJOURNMENT**

The meeting adjourned at 11:06 p.m.