# EXHIBIT 26

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | **460-2023-06363** |

Texas Workforce Commission Civil Rights Division                and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Shanter Norman** | 409-656-8392 | 02/05/1975 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5750 N Major Drive #305, Beaumont, Texas 77713 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Beaumont Independent School District Police Department** | 83 + | 409-617-5000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 9275 Manion Drive, Beaumont, Texas 77706 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Beaumont Independent School District** | 1,000 + | 409-617-5000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 3395 Harrison Avenue, Beaumont, Texas 77706 | |

*RECEIVED 30 JUN 2023 Houston District Office US EEOC*

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09/10/2020   Latest: 04/21/2023
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**SEE ATTACHED**

---

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Jun 30, 2023
*Date*

*SHANTER NORMAN (Jun 30, 2023 11:08 CDT)*
*Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

BISD 0114                                                            Plaintiff/Norman00001

Shanter Norman
5750 N Major Drive #305
Beaumont, Texas 77713

My name is Shanter Norman. My date of birth is 02/05/1975. I am a Black/African American Male. My employer was Beaumont Independent School District Police Department.

**Experiences at work**
I was with Beaumont Independent School District Police Department for over 2 years. I have been a police officer for 8 years 7 months.

I made about $28.52 per hour and I usually work 60 hours a week.

**Nature Of Your Employment Problem Or Dispute**
Religion

Problems began after Shanter Norman published a post on Facebook regarding his belief on how he would act as a supervisor.

**Reason Your Employer Gave You For Any Termination Or Disciplinary Issue**

The reasons given for why I was terminated are as follows:
- "Officer Norman posted a Facebook post disrespecting supervisors where it was publicly viewed."
- Lt. Pamela Haynes reported me and stated that "On December 20, 2022, around 5 p.m., 1st, Lt. Haynes received a copy of a Facebook Post from a citizen showing or displaying Shanter Norman talking about his past and present supervisors in a negative way, The post is disrespectful to his current supervisors, as he is an employee of Beaumont ISD Police Department. To me, it reflects his current employer, BISD Police Department Supervisors.

**Reason YOU Feel You Were Terminated If Different Than The Reason The Employer Provided**

I, Officer S. Norman be it sound mind and sound body, was formally complained on by the Beaumont I.S.D. Police Department. I was told my complainant was Lieutenant P. Haynes. She also stated she was my investigator. I received a formal complaint notification for Employee Misconduct. Case#F.22-23.01 on October 21, 2022, via email. This allegation supposedly arose from a Facebook post I posted, while on lunch break. It was a prayer to myself which I shared on Facebook. It did not single out any agency or supervisors of my present or previous employees.

I was instantly confused why I was not counseled or asked to come into the office to explain what my post was referring to. It was an immediate formal complaint.

Immediately after receiving the email from Captain, E. Payne, I called Lt. P. Haynes on her personal cellular phone. I asked her what was the complaint and she stated, "you sent out a Facebook post disrespecting your current supervisors." I advised no I was not, it was a prayer and it did not single out any agency or person. Lt. P. Haynes cut the conversation short and disconnected the phone.

I was advised on Tuesday, October 25, 2022, I received an email from Lt. P. Haynes advising, "Officer S. Norman, Please provide a formal written statement to the current formal investigation #F22-23.01. You will need to give this statement by no later than Tuesday, November 1, 2022 12, noon. You may email your statement to concerns please feel free to contact me."

From this point I sent emails advising Lt. P. Haynes of me not receiving the correct paperwork to issue a response. (See attached documents).

I did not receive a formal complaint from any accusers, with a perjury, aggravated perjury or sworn statement. I was recently advised by Lt. P. Haynes that I was anonymously complained on, which states I have no accusers but her. I asked who where my accusers and she could not tell me, she stated it was anonymous. Per the 6th amendment of the US Constitution which states, "to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him." Per Texas Occupation Code 1101.204. Complaint Investigation and Disposition. (f) An investigation or other action against a person licensed under this chapter or Chapter 1102 may not be initiated on the basis of an anonymous complaint. Lt. P. Haynes has no direct knowledge of the accusations but wishes to represent an anonymous complaint per an unknown third party.

I did not receive a complaint until I requested one. The complaint was said to be issued on October 21, 2022, but I viewed the form and Captain E. Payne signed the form on the 10/26/22 which showed the form was not submitted on the 21st as stated in my district email. From history, Captain Payne will not sign any form on any previous dates. (See attached documents)

I received an email from Lt. P. Haynes stating on a generic complaint form of an alleged employee misconduct stating, "**On Oct-20,2022 around 5pm, I Lt. Haynes received a copy of an Facebook Post from a citizen showing or displaying Shanter Norman talking about his past and present supervisors in a negative way. The post is disrespectful to his current supervisors, as he is an employee of Beaumont ISD Police Department. To me, it reflects his current employer BISD Police Department Supervisors.**"

I sent Lt. P. Haynes more emails requesting a formal complaint form which was stated on the B.I.S.D. website. (See attached documents).

I received an email on November 4, 2022, from Lt. P. Haynes stating she has yet to receive a response to the generic complaint form she provided. She stated, "Please provide a statement today, November 4, 2022 no later than 3pm this evening via email to pterry@bmtisd.com - referring to the Investigation F.22-23.01".

BISD 0116   Plaintiff/Norman00003

I sent the email she requested, (See attached document). I was asked to report to the station to sign my copy of the response I sent to Lt. P. Haynes. Captain E. Payne and Lt. Haynes were present for the meeting. (Hear audio on flash drive, named signed document).

I believe these allegations are subjective, as stated on a generic complaint form. I believe this is an attempt of defamation of character and retaliation from a previous incident which occurred on April 14, 2022.

On April 13, 2022, I was granted 5.5 hours of personal leave which showed up on my April 14, 2022, work schedule. I was taking this time off to handle personal business and to meet Dr. Shannon Allen, Superintendent of Schools for a presentation at the Elegante. I was being appreciated through my organization, D.A.D.S. (Diligent About Doing Something) which I'm a partner with the district. I was advised by Lt. P. Haynes, due to Officer Holmes calling in sick I would have to forfeit my time-off. I advised her I would take my time off as granted. She advised me that I was relieved of my duties, and she asked for my gun and badge. I gave her my badge and advised her I would return home to get my department issued gun. This was due to the department not purchasing me a left-handed Glock.

22 Gen 4. I recorded the entire encounter. I left the Police Station located at 9275 Manion Drive, in Beaumont, Jefferson County, Texas. Moments later I received a call from Chief J. Malbrough on my personal cellular phone. He advised me of Lt. Haynes, incorrect handling of the situation and reinstated me. I returned to the station and Lt. P. Haynes gave my badge back to me. She stated, "I will be written up for this but o well." (Hear audio on flash drive, name)

I believe this is **retaliation**, which is defined in our policy as, "In the context of this policy, retaliation includes any deliberate, purposeful actions or failure to act, directed against employees that cause, or that could reasonably be expected to cause, physical harm, property damage, significant emotional stress, or otherwise negatively affect another employee's terms or conditions of employment or that could seriously impair the efficiency, safety or effectiveness of that employee, this department, or both. Such adverse actions may take many forms, including but not limited to, bullying; persistent offensive comments, threats, intimidation; false accusations; isolating; ostracizing; or acts that malign or disparage and individuals reputation.

During this period time I was left alone at Beaumont United numerous time from the hours of 6:15am to 7:15am. The department hired the Beaumont Police Department, Sheriff's Department, and Constables to assist. They would show up at 7:30am. I would still have to do all the paperwork without any help.

I was suspended for 10 days without pay for a Facebook post I posted of a prayer to myself. I was advised also I could not participate in any district activities, including athletic events, and I was advised not to return to any BISD facilities or campuses whether during or after normal working hours without consent from the Chief of Police. Not only am I losing pay with 10 days off, but I'm being trespassed from the district where I'm still employed as a peace officer and a business partner with the district. The Beaumont I.S.D. Police

Department Policy states 2.5 in procedures states, "section G6. During a suspension, the employee shall not undertake any official duties." (See attached documents)

There is nowhere in our policy which states, I could not participate in any district activities, including athletic events, and I was advised not to return to any BISD facilities or campuses whether during or after normal working hours without consent from the Chief of Police. I believe this is made up and this is another attempt at harassment and bullying.

The prayer stated, **"If I'm ever placed in a supervisor position or over an agency, I pray that I will listen to the ones under my command. I pray I will not be too position driven and power struck not to have integrity and accountability. I have served my country and community for years. It's been an honor and a privilege. I've had the opportunity to learn a lot and see how not to run an agency and how not to supervise. To be continued."**

No one investigating the continued prayers after the first prayer.

Days later I provided a part 2 of the prayer stating, **"I pray those who read my post and understood my motives and my actions, I appreciate you. I wanted to share my prayer with y'all. The Bible state in Luke 12:48 For unto whomever much is given, of him shall be much required: and to whom men have committed much, of him they will ask the more. So me being in sound mind and body I knew my heart before I sent part 1. Not preaching but Proverbs 18:16 it states; A man's gift maketh room for him, and bringeth him before great men. So to my wife, children, family, friends, past and present co-workers, and all the citizens of Jefferson County, God bas built me for such a time as this. To be continued."**

I posted part 3 of the prayer which stated, **"My prayer: As you all know it's election time. I pray everyone go out and vote to make a change and a difference. We need candidates in office who will be accountable and have integrity. I pray your vote counts for your values. It's not a republic or democratic issue, it's a issue of who will get the job done and perform it to the best of their ability. In the next two years there will be a huge election and I pray you will go out and support once again."**

My complaint is I did not submit a Facebook post to belittle or disrespect any current or past employees.

In my years of law enforcement, I thought my immediate supervisor would have followed our policy for employee disciplinary process.

I.   Documented oral reprimand; counseling; and training
2.   Written reprimand
3.   Demotion or suspension without pay.
4.   Dismissal from Department.

As our policy states under 2.5 G. Demotion or suspension without pay.

4a. states: Should an employee be arrested or identified as a suspect in any felony, misdemeanor involving violence or moral turpitude, family violence or DWI, they shall immediately be placed on administrative leave with pay and an internal investigation shall commence. At the conclusion of the internal investigation the Chief of police may take appropriate disciplinary action based on the results of the internal investigation, including indefinite suspension or termination.

My situation was not even close to criminal, but I was tried as if I committed a felony or a misdemeanor. My investigation process was rushed and not complete.

Due to the conflict of interest and the false allegations I sent an email to the command staff concerning my withdrawing from FTOing. I included the following:

Chief J. Malbrough, Captain E. Payne, Lt. P. Haynes, Sgt. T. Mitchell, and Cpl. R. Boseman. (See attached document)

On November 9, 2022, I was advised by Sgt. T. Mitchell to surrender my taser due to me not being a FTO anymore. Note: I am the taser instructor for the Beaumont I.S.D. Police Department. (See attached document) I believed this was another attempt at harassment and bullying.

Jun 30, 2023                *[signature]*
                            SHANTER NORMAN (Jun 30, 2023 12:00 CDT)