# EXHIBIT 27

PERSONNEL-MANAGEMENT RELATIONS
EMPLOYEE COMPLAINTS/GRIEVANCES

DGBA
(EXHIBIT)

RECEIVED

DEC 15 2022

Office of the
Superintendent

## MUST BE FILED IN OFFICE OF GENERAL COUNSEL

Note:    Informal resolution is encouraged but does not extend any deadlines in DGBA(LOCAL), except by mutual written consent.

### EMPLOYEE COMPLAINT FORM — LEVEL ONE

To file a formal complaint, please fill out this form completely and submit it by hand delivery, electronic communication, or U.S. mail to the General Counsel's Office within the time established in DGBA(LOCAL). All complaints will be heard in accordance with DGBA(LEGAL) and (LOCAL) or any exceptions outlined therein.

1.    Name: _SHANTER R. NORMAN_

2.    Address: _5750 N. MAJOR DR. APT # 305_
       _BEAUMONT, TX 77713_
       Telephone number: _(409) 656-8392_
       E-mail address: _snorma1@bmtisd.com_

3.    Position: _POLICE OFFICER_ Campus/Department: _BEAUMONT I.S.D. POLICE DEPT._

4.    If you will be represented in presenting your complaint, please identify the person representing you. If the person representing you will participate by telephone conference call, please check the box below. The District will inform you if the equipment necessary for telephone representation is unavailable.

       ☐    Representation will be by telephone conference call.

       **Please note:** You must designate a representative who will be participating in person or by telephone with an advance notice of at least three days, or the District may reschedule the conference or hearing to a later date.

       Name: _____

       Address: _____

       _____

       Telephone number: _____

       E-mail address: _____

5.    Please describe the decision or circumstances causing your complaint (give specific factual details).
       _SEE ATTACHED DOCUMENTS_

DATE ISSUED: 1/8/2015                                           1 of 2
UPDATE 48
DGBA(EXHIBIT)-RRM

BISD SN 002

**5.** I Officer S. Norman be it sound mind and sound body, was formally complained on by the Beaumont I. S.D. Police Department. I was told my complainant was Lieutenant P. Haynes. She also stated she was my investigator. I received a formal complaint notification for Employee Misconduct. Case#F.22-23.01 on October 21, 2022, via email. This allegation supposedly arose from a Facebook post I posted, while on lunch break. It was a prayer to myself which I shared on Facebook. It did not single out any agency or supervisors of my present or previous employees.

I was instantly confused why I was not counseled or asked to come into the office to explain what my post was referring to. It was an immediate formal complaint.

Immediately after receiving the email from Captain, E. Payne, I called Lt. P. Haynes on her personal cellular phone. I asked her what was the complaint and she stated, "you sent out a Facebook post disrespecting your current supervisors." I advised no I was not, it was prayer and it did not single out any agency or person. Lt. P. Haynes cut the conversation short and disconnected the phone.

I was advised on Tuesday, October 25, 2022, I received an email from Lt. P. Haynes advising, "Officer S. Norman, Please provide a formal written statement to the current formal investigation #F22-23.01. You will need to give this statement by no later than Tuesday, November 1, 2022 12, noon. You may email your statement to concerns please feel free to contact me."

From this point I sent emails advising Lt. P. Haynes of me not receiving the correct paperwork to issue a response. (See attached documents).

I did not receive a formal complaint from any accusers, with a perjury, aggravated perjury or sworn statement. I was recently advised by Lt. P. Haynes that I was anonymously complained on, which states I have no accusers but her. I asked who where my accusers and she could not tell me, she stated it was anonymous. Per the 6th amendment of the US Constitution which states, "to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him." Per Texas Occupation Code 1101.204. Complaint Investigation and Disposition. (f) An investigation or other action against a person licensed under this chapter or Chapter 1102 may not be initiated on the basis of an anonymous complaint. Lt. P. Haynes has no direct knowledge of the accusations but wishes to represent an

anonymous complaint per an unknown third party.

I did not receive a complaint until I requested one. The complaint was said to be issued on October 21, 2022, but I viewed the form and Captain E. Payne signed the

BISD SN 003

form on the **10/26/22** which showed the form was not submitted on the 21st as stated in my district email. From history, Captain Payne will not sign any form on any previous dates. (See attached documents)

I received an email from Lt. P. Haynes stating on a generic complaint form of an alleged employee misconduct stating, **"On Oct-20,2022 around 5pm, I Lt. Haynes received a copy of an Facebook Post from a citizen showing or displaying Shanter Norman talking about his past and present supervisors in a negative way. The post is disrespectful to his current supervisors, as he is an employee of Beaumont ISD Police Department. To me, it reflects his current employer BISD Police Department Supervisors."**

I sent Lt. P. Haynes more emails requesting a formal complaint form which was stated on the B.I.S.D. website. (See attached documents).

I received an email on November 4, 2022, from Lt. P. Haynes stating she has yet to receive a response to the generic complaint form she provided. She stated, "Please provide a statement today, November 4, 2022 no later than 3pm this evening via email to                    . referring to the Investigation F.22-23.01"

I sent the email she requested, (See attached document)

I was asked to report to the station to sign my copy of the response I sent to Lt. P. Haynes. Captain E. Payne and Lt. Haynes were present for the meeting. (Hear audio on flash drive, named signed document)

.

I believe these allegations are subjective, as stated on a generic complaint form. I believe this is an attempt of defamation of character and retaliation from a previous incident which occurred on April 14, 2022.

On April 13, 2022, I was granted 5.5 hours of personal leave which showed up on my April 14, 2022, work schedule. I was taking this time off to handle personal business and to meet Dr. Shannon Allen, Superintendent of Schools for a presentation at the Ele Gante'. I was being appreciated through my organization, D.A.D.S. (Diligent About Doing Something) which I'm a partner with the district. I was advised by Lt. P. Haynes, due to Officer Holmes calling in sick I would have to forfeit my time off. I advised her I would take my time off as granted. She advised me that I was relieved of my duties, and she asked for my gun and badge. I gave her my badge and advised her I would return home to get my department issued gun. This was due to the department not purchasing me a left-handed Glock

BISD SN 004

22 Gen 4. I recorded the entire encounter. I left the Police Station located at 9275 Manion Drive, in Beaumont, Jefferson County, Texas. Moments later I received a call from Chief J. Malbrough on my personal cellular phone. He advised me of Lt. Haynes, incorrect handling of the situation and reinstated me. I returned to the station and Lt. P. Haynes gave my badge back to me. She stated, "I will be written up for this but o well." (Hear audio on flash drive, name)

I believe this is retaliation, which is defined in our policy as, "In the context of this policy, retaliation includes any deliberate, purposeful actions or failure to act, **directed against employees** that cause, or that could reasonably be expected to cause, physical harm, property damage, **significant emotional stress**, or otherwise **negatively affect another employee's terms or conditions of employment** or that could seriously impair the efficiency, safety or effectiveness of that employee, this department, or both. Such adverse actions may take many forms, including but not limited to, **bullying**; persistent offensive comments, threats, **intimidation**; **false accusations**; **isolating**; ostracizing; or acts that malign or **disparage and individuals reputation.**

During this period time I was left alone at Beaumont United numerous time from the hours of 615am to 7:15am. The department hired the Beaumont Police Department, Sheriff's Department, and Constables to assist. They would show up at 7:30am. I would still have to do all the paperwork without any help.

I was suspended for 10 days without pay for a Facebook post I posted of a prayer to myself. I was advised also I could not participate in any district activities, including athletic events, and I was advised not to return to any BISD facilities or campuses whether during or after normal working hours without consent from the Chief of Police. Not only am I losing pay with 10 days off, but I'm being trespassed from the district where I'm still employed as a peace officer and a business partner with the district. **The Beaumont I.S.D. Police Department Policy states 2.5 in procedures states, "section G6. During a suspension, the employee shall not undertake any official duties." (See attached documents)**

There is nowhere in our policy which states, I could not participate in any district activities, including athletic events, and I was advised not to return to any BISD facilities or campuses whether during or after normal working hours without

consent from the Chief of Police. I believe this is made up and this is another attempt at harassment and bullying.

The prayer stated, **"If I'm ever placed in a supervisor position or over an agency, I pray that I will listen to the ones under my command. I pray I will not be too position driven and power struck not to have integrity and accountability. I have served my country and community for years. It's been an honor and a privilege. I've had the opportunity to learn a lot and see how not to run an agency and how not to supervise. To be continued."**

No one investigating the continued prayers after the first prayer.

Days later I provided a part 2 of the prayer stating, **"I pray those who read my post and understood my motives and my actions, I appreciate you. I wanted to share my prayer with y'all. The Bible state in Luke 12:48 For unto whomever much is given, of him shall be much required: and to whom men have committed much, of him they will ask the more. So me being in sound mind and body I knew my heart before I sent part 1. Not preaching but Proverbs 18:16 it states; A man's gift maketh room for him, and bringeth him before great men. So to my wife, children, family, friends, past and present co-workers, and all the citizens of Jefferson County, God has built me for such a time as this. To be continued."**

I posted part 3 of the prayer which stated, **"My prayer: As you all know it's election time. I pray everyone go out and vote to make a change and a difference. We need candidates in office who will be accountable and have integrity. I pray your vote counts for your values. It's not a republic or democratic issue, it's a issue of who will get the job done and perform it to the best of their ability. In the next two years there will be a huge election and I pray you will go out and support once again."**

My complaint is I did not submit a Facebook post to belittle or disrespect any current or past employees.

In my years of law enforcement, I thought my immediate supervisor would have followed our policy for employee disciplinary process.

1. Documented oral reprimand; counseling; and training
2. Written reprimand
3. Demotion or suspension without pay.
4. Dismissal from Department.

As our policy states under 2.5 G. Demotion or suspension without pay.

4a. states: Should an employee be arrested or identified as a suspect in any felony, misdemeanor involving violence or moral turpitude, family violence or DWI, they shall immediately be placed on administrative leave with pay and an internal investigation shall commence. At the conclusion of the internal investigation the Chief of police may take appropriate disciplinary action based on the results of the internal investigation, including indefinite suspension or termination.

My situation was not even close to criminal, but I was tried as if I committed a felony or a misdemeanor. My investigation process was rushed and not complete.

Due to the conflict of interest and the false allegations I sent an email to the command staff concerning my withdrawing from FTOing. I included the following:

Chief J. Malbrough, Captain E. Payne, Lt. P. Haynes, Sgt. T. Mitchell, and Cpl. R. Boseman. (See attached document)

On November 9, 2022, I was advised by Sgt. T. Mitchell to surrender my taser due to me not being a FTO anymore. Note: I am the taser instructor for the Beaumont I.S.D. Police Department. (See attached document) I believed this was another attempt at harassment and bullying.

I. **ADMINISTRATION OF SUSPENSIONS, DEMOTIONS, OR DISMISSALS**

   A. After an appropriate investigation, should the Chief of Police sustain the allegation and determine that the discipline may be a suspension, demotion, or termination; the Chief may request review of the investigation by the officer's chain of command to obtain their recommendations for disciplinary action.

   B. Upon receipt of the recommendations, if the Chief of Police believes the discipline should be greater than a Written Reprimand, the Chief shall request the officer read

the written investigation summary and initial each page. The review will take place in the presence of the investigating officer or other staff members. The employee will be allowed to add a written statement to the investigative package stating any arguments with the evidence or investigation process. This statement will be prepared and added before leaving the review site.

**C. The Chief of Police will meet with the employee and allow the employee to make any statement regarding the evidence or investigation, and review any written statement provided by the employee. The Chief of Police will then have the employee report back after a period determined by the Chief. (I did not receive this)**

**D. The Chief of Police will again review the investigation, considering the employee's input and may then decide on the discipline or send the investigation back for further investigation. (I did not receive this)**

E. The Chief will meet with the employee to inform him or her of his decision. The Chief will present the employee with a letter outlining the discipline, the effective date of the discipline, the reason for the discipline and the employee's appeal rights.

F. Copies of all investigations resulting in disciplinary action and all disciplinary paperwork will be filed in the employee's personnel file. A copy of the investigation will be maintained in the internal investigation's files.

I received E. and F. but not C. D. I did not get due process of the law per the Beaumont I.S.D. policy. I went from A. B. to E. and F. I was asked to sign a document without having a true and proper investigation. I refused to sign the document due to a lack of understanding. The first time I spoke to Chief Malbrough was during my disciplinary phase. (Hear audio on flash drive).

The electronic media post did not interfere with my ability to effectively perform my job duties.

*[signature]* 12/14/22

BISD SN 008

# BEAUMONT INDEPENDENT SCHOOL DISTRICT

## Police Department

## NOTICE OF FORMAL COMPLAINT INVESTIGATION

DATE: 10/21/2022

TO: **Officer S. Norman**

CASE #: **F.22-23.01**

COMPLAINANT: **Lt. P. Haynes**

*Ref case #*

The Beaumont ISD Police Department is conducting a formal investigation into allegation(s) made by the above complainant.

The investigation has been classified as follows:

**Employee Misconduct**

*(Does not preclude violations that become apparent during the investigation)*

You are not to discuss the investigation with anyone except:

(1) an attorney representing you
(2) a union representative
(3) your supervisor and/or unit/watch commander.

If you feel it is necessary to discuss this case with any other person, you must first contact the Chief of Police for clearance to do so.

A violation of any of these instructions may lead to disciplinary action.

Please be advised, before the final documentation of this formal complaint investigation, you will be given an opportunity to provide evidence and/or witnesses in your defense.

**Upon receipt of this notification Contact Lieutenant P. Haynes at 409-781-8931 for further instructions.**

BISD SN 009



**BISD**
Preparing Our Next Generation

Shanter Norman <snorma1@bmtisd.com>

---

**Prayer**
1 message

---

**Shanter Norman** <snorma1@bmtisd.com>
To: snorma1@bmtisd.com

     **Shanter Norman**      

**Posts**     **Reels**

     **Shanter Norman** is with     • • •
**Brenda Norman**.

Oct 20 · 🌐

My prayer:

If I'm ever placed in a supervisor
position or over an agency, I pray that I
will listen to the ones under my
command. I pray I will not be to position
driven and power struck not to have
integrity and accountability. I have
served my country and community for
years. It's been an honor and a privilege.

I've had the opportunity to learn. I st

BISD 0128

BISD-SN-010

I've had the opportunity to learn a lot and see how not to run an agency and how not to supervise. To be continued.

👍❤️😆 51          29 comments 1 share

👍 Like          💬 Comment          ➥ Share

BISD 0129

BISD SN 011



**Shanter Norman** is with **Brenda Norman**.

Oct 23 · 🌍

Part 2:

I pray those who read my post and understood my motives and my actions, I appreciate you. I wanted to share my prayer with y'all. The Bible state in Luke 12:48 For unto whomsoever much is given, of him shall be much required: and to whom men have committed much, of him they will ask the more. So me being in sound my mind and body I knew my heart before I sent part 1. Not preaching but in Proverbs 18:16 it states; A man's gift maketh room for him, and bringeth him before great men. So to my wife, children, family, friends, past and present co-workers and all the

citizens of Jefferson County, God has built me for such a time as this.
To be continued.

BISD SN 013

BISD 0131

**Pamela Haynes**

Tue, Oct 25, 10:21 AM
(12 days ago)

to me

Officer S. Norman,

Please provide a formal written statement to the current formal investigation #F22-23.01.

You will need to give this statement by no later than Tuesday, November 1, 2022 12, noon.
You may email your statement to                        . If you have any questions or concerns please feel free to contact me.

Respectfully,

Lieutenant Haynes


Pamela Haynes| Lieutenant
Police Department | Beaumont ISD
Office: 409-617-7015 | fax: 409-617-7013 |
            | *"Preparing Our Next Generation!"*

**BISD SN 014**

Oct 25, 2022, 3:16 PM
(12 days ago)

**Shanter Norman <snorma1@bmtisd.com>**
to Pamela

Per section 2.4 international investigation process subsection C:1
All Interviews
1. Prior to being interviewed, the subject employee shall be advised of the nature of the complaint and provided a copy of the complaint.
2. As of Tuesday, October 25, 2022. I have not received a complaint in writing about any violations of policy or procedures.
3. Only information given to me was you stating, you were my complainant and investigator.


**Pamela Haynes**

Oct 26, 2022, 11:18 AM
(11 days ago)

to me

Good morning,
The notice of formal complaint investigation form is informing you of the complaint. That form does advise you of the violation of the BISD Police Department concerning Employee Misconduct.
Also, on Friday, Oct. 21, 2022 at 5:05pm, I received your phone call as stated for you to call me upon receipt of the Notice of Formal Complaint Investigation Form,  I verbally informed you of the social media FaceBook post made by you that the nature of the post was disrespectful toward Supervisors, which at the present time, you are employed by BISD Police Department.The post is a violation of the Rules of Conduct for our department.
Attached is a copy of the complaint.
Thanks,

BISD 0133

BISD SN 015

# Beaumont I.S.D. Police Department
## Complaint Form

IAD#: _F.22-23.01_     Date: _10/21/22_

Report Made by: _Pamela Haynes_

**Received via:** ✓ Phone   ☐ Person   ☐ Letter

Date and Time Occurred: _Oct. 20, 2022 5:06pm_

Location of Incident: _On Facebook_

---

Complainant: _Pamela Haynes_   D.O.B.: _4/4/71_

Sex: ☐ Male   ✓ Female     Race: ☐ White   ✓ Black   ☐ Hisp   ☐ Other

Address: _9275 Manion Dn._   _Bmt, Tx._   _77706_
      Street       City / State       Zip

Phone Number(s): Res. _409-617-7015_    Bus. _409-781-8931_

---

**Personnel Complained About:**

Name: _Shanter Norman_   Rank: _Officer_   Badge: ____

---

**Nature of Complaint:**

_Officer Norman, S. posted a facebook Post disrespecting Supervisors where it was publicly viewed._

**Complaint Disposition:**
    ☐ Refer to IAD for Formal Investigation
    ✓ Refer to Employee's Supervisor
    ☐ File, no further action at this time

**Comments on Disposition:**

---

Employee _____   Date: _____

_Lt. P. Haynes_   Date: _10/21/22_

Supervisor _Capt. Page_   Date: _10/26/22_

~~Chief~~ _Capt._

BISD 0134

BISD SN 016

## Beaumont I. S. D. Police Department
## Complaint Form

Statement of Incident

Alleged Conduct: _Employee Misconduct_

Written by: _Shanter Norman_

Date: _Oct. 20, 2022_ Time: _4:30 approximately_

**Narrative**

On Oct. 20, 2022 around 5 pm, I, Lt. Haynes received a copy of a FaceBook Post from a citizen showing or displaying Shanter Norman talking about his past and present Supervisors in a negative way. The Post is disrespectful to his current supervisors, as he is an employee of Beaumont ISD Police Department (To me.) It reflects his current employer, BISD Police Department Supervisors.

Signed: _Pamela Haynes_        ☐ Additional documents attached

BISD 0135

BISD SN 017

**Shanter Norman <snorma1@bmtisd.com>**    Oct 26, 2022, 12:04 PM
(11 days ago)

to Pamela

Due to this being a formal complaint. I need a notarized copy of my formal complaint with the perjury, aggravated perjury( Penal Code 37.02, 37.03) Also Government Code 614.002) on it.
This copy is not notarized. Also I'm confused on my complainant. Is my complainant you by third party or is it someone else?
This is a complaint form from an unknown third party complainant.

**Pamela Haynes**    Oct 27, 2022, 12:43 PM
(10 days ago)

to me

The Statement form for will be done with me , and notarized at that time. Also the Department is the complaintant, I'm representing the department.

**Shanter Norman <snorma1@bmtisd.com>**    Oct 27, 2022, 2:14 PM
(10 days ago)

to Pamela

I Officer S. Norman have not received a formal written complaint from you or the department. All I have received is a notice of formal complaint investigation which you sent to Captain E. Payne. It states you are my complainant as stated on the legal documentation. I have not received a notarized copy of any formal complaint. I can't send formal written statement to something I haven't been formally complained on.

BISD 0136

BISD SN 018

Gmail

**FTO training**

**Shanter Norman** <snorma1@bmtisd.com>                                                    Tue, Nov 1, 10:16 AM
To: Eric Payne <epayne@bmtisd.com>, Joseph Malbrough <jmalbr1@bmtisd.com>, Pamela Haynes <pterry@bmtisd.com>,
Reginald Boseman <rbosema@bmtisd.com>, Tawun Mitchell <tmitche@bmtisd.com>

I Officer S.Norman have served this department faithfully and honorably for two years. Due to a  conflict of interest and no compensation, I am withdrawing my position as FTO, affective today, November 1,2022.

BISD 0137

BISD SN 019

**Pamela Haynes**

Fri, Nov 4, 1:01 PM (2 days ago)

to me

Good afternoon Officer S. Norman,
As of this date, Nov. 4, 2022, I have yet to receive your response/ statement per instructions regarding the current investigation (F.22-23.01). You have requested a signed and notarized   copy of the complaint form.  A copy of the complaint was emailed to you on Oct. 26, 2022. What you have requested is not our Departmental Policy nor the Law. Please see the following Departmental Policy and Government Law regarding the Complaints against Law Enforcement Officers. **Please provide a statement today, Nov. 4, 2022 no later than 3 pm this evening via email to                                      . referring to the Investigation F.22-23.01.**

This is BISD Police Department Policy: 2.4 Internal Investigation Process:
**I.    INVESTIGATIVE PROCEDURES**

C.   All Interviews

1.    Prior to being interviewed, the subject employee shall be advised of the nature of the complaint and provided a copy of the complaint.

2.    All interviews will be conducted while the employee is on duty, unless the seriousness of the investigation is such that an immediate interview is required.

3.    During interviews conducted by the department, there will be one employee designated as the primary interviewer.

4.                                                                                                 The recording will note the time at which breaks are taken in the interview process, who requested the break and the time at which the interview resumed.

The following information is provided by the Government Code Chapter 614: Peace Officers and FireFighters.

Sec. 614.023.   COPY OF COMPLAINT TO BE GIVEN TO OFFICER OR EMPLOYEE.

(a)   **A copy of a signed complaint against a law enforcement officer** of this state or a firefighter, detention officer, county jailer, or peace officer appointed or employed by a political subdivision of this state **shall be given to the officer or employee within a reasonable time after the complaint is filed.**

This is the Law. You are only entitled to receive a copy of the complaint, which I have provided to you via email.

Respectfully,

--
Pamela Haynes| Lieutenant
Police Department | Beaumont ISD
Office: 409-617-7015 | fax: 409-617-7013 |
        | *"Preparing Our Next Generation!"*

BISD 0138

BISD SN 020

**Shanter Norman <snorma1@bmtisd.com>**                    Fri, Nov 4, 2:32 PM (2 days ago)

to Pamela


I Officer S.Norman be it sound mind and sound body, was formally complained on by the Beaumont I. S.D. Police Department. I was told my complainant was Lieutenant P.  Haynes. She also stated she was my investigator. I received a formal complaint notification for Employee Misconduct. Case#F.22-23.01. This allegation supposedly arose from a Facebook post I posted, while on lunch break. It was a prayer to myself and it did not single out any agency or supervisors of my present or previous employment. I believe these allegations are subjective, as stated on a generic complaint form.  Lt. P. Haynes state in her complaint form, "To me, it reflects his current employer BISD Police Department Supervisors." I believe this is an attempt of defamation of character. I have yet to receive a formal complaint from any accusers, with a perjury, aggravated perjury or sworn statement. I was recently advised by Lt. P. Haynes that I was anonymously complained on, which states I have no accusers but her. I asked who where my accusers and she could not tell me, she stated it was anonymous. Per the 6th amendment of the US Constitution which states, "to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him." Per Texas Occupation Code 1101.204 Complaint Investigation and Disposition. (f)  An investigation or other action against a person licensed under this chapter or Chapter 1102 may not be initiated on the basis of an anonymous complaint. Lt. P. Haynes has no direct knowledge of the accusations but wishes to represent an anonymous complaint per an unknown third party. Because of this I would like this formal complaint dismissed and remove from my file.

BISD SN 021

# BEAUMONT INDEPENDENT SCHOOL DISTRICT

## Police Department

## Formal Internal Investigation

*SPN*  I understand that this is an internal administrative investigation only.

*SPN*  I understand that I will be asked and am required to answer all questions specifically related to the performance of my duties and my fitness for office.

*SPN*  I understand that all questions specifically related to my employment must be fully and truthfully answered.

*SPN*  I understand that if I refuse to answer these questions, I can be subject to discipline that can be as much as discharge or removal from office.

*SPN*  I understand that any answers I give are to be used solely for internal administrative purposes and may not be used in any subsequent criminal prosecution should such occur.

*SPN*  I understand that the purpose of the interview is to obtain information to determine whether disciplinary action is warranted. The answers obtained may be used in disciplinary proceedings resulting in reprimand, demotion, suspension, or dismissal.

BISD 0140

BISD SN 022

# BEAUMONT INDEPENDENT SCHOOL DISTRICT

## Police Department

**SWORN AFFIDAVIT**

| | |
|---|---|
| **STATE OF TEXAS** | **Statement Date: 11/4/2022** |
| **COUNT OF JEFFERSON** | **Statement Time: 4:18pm** |

Before me, the undersigned authority, appeared *Shanter R. Norman* , who, after being sworn on his/her oath deposes and says:

My name is Shanter R.Norman . I am 47 years of age. My date of birth is 2/5/75. I have been a peace officer for 8 years and 7 months. I have been employed with the BISD Police Department for *2* years.

*NARRATIVE*

I Officer S.Norman be it sound mind and sound body, was formally complained on by the Beaumont I. S.D. Police Department. I was told my complainant was Lieutenant P. Haynes. She also stated she was my investigator. I received a formal complaint notification for Employee Misconduct. Case#F.22-23.01. This allegation supposedly arose from a Facebook post I posted, while on lunch break. It was a prayer to myself and it did not single out any agency or supervisors of my present or previous employment. I believe these allegations are subjective, as stated on a generic complaint form. Lt. P. Haynes state in her complaint form, "To me, it reflects his current employer BISD Police Department Supervisors." I believe this is an attempt of defamation of character. I have yet to receive a formal complaint from any accusers, with a perjury, aggravated perjury or sworn statement. I was recently advised by Lt. P. Haynes that I was anonymously complained on, which states I have no accusers but her. I asked who where my accusers and she could not tell me, she stated it was anonymous. Per the 6th amendment of the US Constitution which states, "to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him." Per Texas Occupation Code 1101.204

An investigation or other action against a person licensed under this chapter or Chapter 1102 may not be initiated on the basis of an anonymous complaint. Lt. P. Haynes has no direct knowledge of the accusations but wishes to represent

BISD 0141

BISD SN 023

an anonymous complaint per an unknown third party. Because of this I would like this formal complaint dismissed and remove from my file.

### GARRITY STATEMENT

*On 11/4/22at the Beaumont Independent School District Police Department, I was ordered to submit this affidavit by Lt. P. Haynes, I submit this affidavit at his order as a condition of employment. In view of possible job forfeiture, I have no alternative but to abide by this order. It is my belief and understanding that the Department requires this affidavit solely and exclusively for internal purposes and will not release it to any other agency. It is my further belief that this affidavit will not and cannot be used against me in any subsequent proceeding other than a disciplinary proceeding within the confines of the Department itself. For any and all other purposes, I hereby reserve my constitutional right to remain silent under the Fifth and Fourteenth amendments to the United States Constitution and other rights prescribed by law. Further, I rely specifically upon the protection afforded me under the doctrines set forth in Garrity vs. New Jersey 385 U.S. 493 (1967) and Spevack vs. Klein, 385 U.S. 511 (1967), and Gardner vs. Broderick 392 U.S. 273 (1968), should this affidavit be used for any other purpose of whatsoever kind or description.*

I HAVE READ MY AFFIDAVIT (A GOVERNMENT RECORD) AND I HEREBY SWEAR UNDER THE PENALTY OF PERJURY THAT IT IS TRUE AND CORRECT SO HELP ME GOD.

_____
AFFIANT

11-4-22
Date

Subscribed and sworn to before me this 4th day of Nov, 2022.

_Michelle R. Martinez_

Notary Public

MICHELLE R. MARTINEZ
Public, State of Texas
...n. Expires 12-15-2025
Notary ID 125839084

MICHELLE R. MARTINEZ
Notary Public, State of Texas
Comm. Expires 12-15-2025
Notary ID 125839084

Page **3** of **3**

BISD SN 024

## BEAUMONT INDEPENDENT SCHOOL DISTRICT

### Police Department

Perjury & Written Statement Notification

SAMPLE
FORM
I REQUESTED

Penal Code

**Section 37.02 Perjury:**

(a) A person commits an offense if, with intent to deceive and with knowledge of the statement's meaning:

1. He/ She makes a false statement under oath or swears to the truth of a false statement previously made  and the statement is required or authorized by law to be made under oath; or

2. He/ She makes a false unsworn declaration under Chapter 132, Civil Practice and Remedies Code.

(b) An offense under this section is a Class A misdemeanor.

**Section 37.03 Aggravated Perjury:**

(a) A person commits an offense if he commits perjury as defined in Section 37.02, and the false statement:

1. is made during or in connection with an official proceeding; and

2. is material.

(b) An offense under this section is a felony of the third degree.

Government Code

614.022. Complaint to be in writing and signed by complainant

To be considered by the head of a state agency or by the head of a fire or police department, the complaint must . be:

(1) in writing; and

(2) signed by the person making the complaint.

You may be contacted by the officer assigned to conduct the investigation into your complaint to schedule an interview and obtain your sworn statement.

I hereby acknowledge that I have been informed of the perjury statute and of the requirement for a written, signed statement regarding my complaint.

_____               _____
Signature                                                                    Date

_____
Printed Name

Page **1** of

BISD 0143            BISD SN 025

# Police Department / Complaint Process Bb

bmtisd.com

BISD SN 026

There is an official Complaint Form available to accommodate any person desiring to make a complaint against police personnel. Persons desiring to make an official complaint must obtain a Complaint Form from the Beaumont ISD Police Department, complete the Complaint Form and have the form notarized. The completed form must be turned in at the Police Department Monday through Friday between the hours of 7:30 A.M. – 4:30 P.M., normally; there is a notary available during these hours if this service is needed.

BISD 0144

 **Shanter Norman** is with **Brenda Norman**.

Nov 6 · 🌐

Part 3

My prayer:

As you all know it's election time.

I pray everyone go out and vote to make a change and a difference. We need candidates in office who will be accountable and have integrity. I pray your vote counts for your values. It's not a republic or democratic issue, it's a issue of who will get the job done and perform it to the best of their ability. In the next two years there will be a huge election and I pray you will go out and support once again.

BISD 0145

BISD SN 027

## DAILY LINE UP


**BISD**

## April 14, 2022

| RADIO# | OFFICER | ASSIGNMENT | HOURS | UNIT # | AM TRAFFIC | PM TRAFFIC |
|---|---|---|---|---|---|---|
| 1 | **Chief Malbrough** | *Chief Administrator* | 0800-1700 | PD-01 | | |
| | **M. Martinez** | *Admin Secretary* | 0800-1630 | | | |
| 2 | **Capt. E. Payne** | *Admin Operation* | 0800-1700 | PD-02 | | |
| | **V. Hawkins** | Dispatch Clerk | 0800-1630 | | | |
| 3 | **Lt. Haynes** | Admin | 0800-1700 | 1021 | | |
| | **Criminal** | Investigation. Div. | | | | |
| | **(Interim)** | CID | 0630-1645 | | | |
| | | Technology Div. | | | | |
| | **D. Wilson** | Computer Tech. | 0800-1630 | | | |
| | **K. Schuldt** | Dispatch Supervisor | 0630-1500 | | | |
| | **F. McDaniel** | Dispatch | 0800-1700 | | | |
| | | Zone 1 | | | | |
| 101 | **D. Wilkerson** | Smith | 0730-1645 | 800 | JC/Lucas Annex 0900hrs | JC/Lucas Annex 1300 hrs |
| 303 | **D. Stanislas** | Pathways | 0630-1615 | 300 | BU/Bingman | BU/Bingman |
| 6 | **Cpl. Boseman** | King | 0745-1645 | 1005 | Martin/ CP | Martin/ CP |
| | | Zone 2 | | | | |
| 5 | **Sgt. K. Hartfield/K9** | Zone 1&2 | 0630-1645 | 200 | WB (Admin check 1015hrs) | WB/Roy Guess |
| 201 | **K. Holmes** | West Brook | 0630-1615 | 100 | WB/Sallie Curtis | WB/Sallie Curtis |
| 7 PP01 | **FTO Cpl. Spikes Reynolds** | Marshall | 0730-1645 | 1000 | Marshall/ Regina | WB/ Regina/Marshall |
| 202 | **S. Norman** | Vincent | 0745-1100 | 500 | Vincent/Amelia /Caldwood | WB/Vincent/Ameli |
| 203 | **Smith** | West Brook | 0630-1615 | 400 | WB/Homer | Caldwood /Smith |
| | | West Brook | 0630-1625 | | WB/Sallie Curtis | Smith/ Homer |
| BPD | **Boudreaux** | West Brook | 0730-1530 | | | |
| BPD | **McCulley** | West Brook | 0730-1530 | | | |
| | | Zone 3 | | | | |
| 4 | **Sgt. Mitchell** | Zone 3 | 0645-1645 | 2000 | BU/ Dishman | BU/ Dishman |
| 304 | **Benoit** | BU | 0630-1615 | 700 | BU/Fletcher | BU/Fletcher |
| 302 PP02 | **FTO M. Mann/ Mathis** | BU | 0630-1615 | 900 | BU/P-Mac | BU/P-Mac |
| | | BU | 0630-1615 | | BU/Fehl-Price | BU/Fehl-Price |
| 301 | **FTO B. Norman** | Odom | 0745-1645 | 600 | Blanchette/ Odom | BU/Blanchette |
| BPD | **Holsombeck** | BU | 0730-1530 | BPD | | |
| BPD | | BU | 0730-1530 | BPD | | |
| | **PSO** | Assignment | | | | |
| | | Admin | | | Admin | Admin |
| | **Slack** | Annex | 0800-1630 | | | |

BISD 0146

BISD SN 028

| | | Amelia | 0730-0930 1430-1630 | | Amelia | Amelia |
|---|---|---|---|---|---|---|

**Officers Out:** PSO Bracken-Personal Leave, S. Norman- (5.5 hrsPersonal Leave)

**Vehicle Down: 1014**

**Off Contract:**

| | | | | | |
|---|---|---|---|---|---|
| PSO Grogan | West Brook | 0630-1515 | **West Brook** | **West Brook** |
| PSO D. Williams | West Brook | 0630-1515 | **West Brook** | **West Brook** |
| PSO N. Thomas | West Brook | 0630-1515 | **West Brook** | **West Brook** |
| PSO Tallant | West Brook | 0630-1515 | **West Brook** | **West Brook** |
| | | | | |
| PSO Baines | Pietzsch-Mac | 0800-1630 | Pietzsch-Mac (South) | Pietzsch-Mac (South) |
| PSO Jenkins | Pietzsch-Mac | 0800-1630 | Pietzsch-Mac (Main) | Pietzsch-Mac (Main) |
| | | | | |
| PSO Smith | BU | 0630-1515 | **BU** | **BU** |
| PSO Woodard | BU | 0630-1515 | **BU** | **BU** |
| PSO Stewart | BU | 0630-1515 | **BU** | **BU** |
| | | | | |
| PSO R. Wilson | Vincent | 0800-1630 | **Vincent** | **Vincent** |
| PSO Chamberlain | Odom | 0800-1630 | **Odom** | **Odom** |
| PSO Brochette | Early College | 0630-1515 | **ECHS** | **ECHS** |
| | Early College | 0800-1630 | **ECHS** | **ECHS** |
| | Pathways | 0630-1430 | **Pathways** | **Pathways** |
| PSO Bagby | Pathways | 0930-1430 | **Pathways** | **Pathways** |
| PSO Babineaux | Pathways | 0930-1430 | **Pathways** | **Pathways** |
| PSO Gaines | Marshall | 0800-1630 | **Marshall** | **Marshall** |
| PSO Carry | Paul Brown | 0700-1530 | **Paul Brown** | **Paul Brown** |
| | Smith | 0800-1630 | **Smith** | **Smith** |
| PSO Carter | Homer | 730-930 1430-1630 | **Homer** | **Homer** |
| PSO Sublett | Dishman | 730-930 1430-1630 | **Dishman** | **Dishman** |
| PSO Allen | Regina | 730-930 1430-1630 | **Regina** | **Regina** |
| PSO Theriot | Sallie Curtis | 730-930 1430-1630 | **Sallie Curtis** | **Sallie Curtis** |
| PSO Chargois | Bingman | 730-930 1400-1630 | **Bingman/Smith** | **Smith/Bingman** |
| PSO L. Williams | Martin | 730-930 1430-1630 | **Martin** | **Martin** |
| PSO Dyson | Lucas Pre-K | 730-930 1430-1630 | **Lucas- Pre** | **Lucas-Pre K** |
| PSO Chretien | Fletcher | 0800-1630 | **Fletcher** | **Fletcher** |
| PSO Bagby | Blanchette | 730-930 1430-1630 | Blanchette | Blanchette |
| PSO E. Wilson | Charlton Pollard | 730-930 1430-1630 | Charlton Pollard | Charlton Pollard |

BISD 0147

BISD SN 029

# DAILY LINE UP



## April 14, 2022

| RADIO # | OFFICER | ASSIGNMENT | HOURS | UNIT # | AM TRAFFIC | PM TRAFFIC |
|---|---|---|---|---|---|---|
| 1 | **Chief Malbrough** | *Chief Administrator* | 0800-1700 | PD-01 | | |
| | **M. Martinez** | *Admin Secretary* | 0800-1630 | | | |
| 2 | | *Admin Operation* | 0800-1700 | PD-02 | | |
| | **V. Hawkins** | **Dispatch Clerk** | 0800-1630 | | | |
| 3 | **Lt. Haynes** | **Admin** | 0800-1700 | 1021 | | |
| | **Criminal** | **Investigation.** | **Div.** | | | |
| | **(Interim)** | **CID** | 0630-1645 | | | |
| | | **Technology Div.** | | | | |
| | **D. Wilson** | **Computer Tech.** | 0800-1630 | | | |
| | **K. Schuldt** | **Dispatch Supervisor** | 0630-1500 | | | |
| | **F. McDaniel** | **Dispatch** | 0800-1700 | | | |
| | | **Zone 1** | | | | |
| 101 | **D. Wilkerson** | Smith | 0730-1645 | 800 | JC/Lucas Annex 0900hrs | JC/Lucas Annex 1300 hrs |
| 303 | **D. Stanislas** | Pathways | 0630-1615 | 300 | BU/Bingman | BU/Bingman |
| 6 | **Cpl. Boseman** | King | 0745-1645 | 1005 | Martin/ CP | Martin/ CP |
| | | **Zone 2** | | | | |
| 5 | **Sgt. K. Hartfield/K9** | **Zone 1&2** | 0630-1645 | 200 | WB (Admin check 1015hrs) | WB/Roy Guess |
| 201 | | **West Brook** | 0630-1615 | 100 | WB/Sallie Curtis | WB/Sallie Curtis |
| 7 PP01 | **FTO Cpl. Spikes Reynolds** | Marshall | 0730-1645 | 1000 | Marshall/ Regina | WB/ Regina/Marshall |
| 202 | **S. Norman** | Vincent | 0745-1645 | 500 | Vincent/Amelia /Caldwood | WB/Vincent/Ameli |
| 203 | **Smith** | **West Brook** | 0630-1615 | 400 | WB/Homer | Caldwood /Smith |
| | | **West Brook** | 0630-1625 | | WB/Sallie Curtis | Smith/ Homer |
| BPD | **Boudreaux** | **West Brook** | 0730-1530 | | | |
| BPD | **McCulley** | **West Brook** | 0730-1530 | | | |
| | | Zone 3 | | | | |
| 4 | **Sgt. Mitchell** | Zone 3 | 0645-1645 | 2000 | BU/ Dishman | BU/ Dishman |
| 304 | **Benoit** | BU | 0630-1615 | 700 | BU/Fletcher | BU/Fletcher |
| 302 PP02 | **FTO M. Mann/ Mathis** | BU | 0630-1615 | 900 | BU/P-Mac | BU/P-Mac |
| | | BU | 0630-1615 | | BU/Fehl-Price | BU/Fehl-Price |
| 301 | **FTO B. Norman** | Odom | 0745-1645 | 600 | Blanchette/ Odom | BU/Blanchette |
| BPD | **Holsombeck** | BU | 0730-1530 | BPD | | |
| BPD | | BU | 0730-1530 | BPD | | |
| | **PSO** | **Assignment** | | | | |
| | | Admin | | | Admin | Admin |
| | **Slack** | Annex | 0800-1630 | | Annex | Annex |

BISD 0148

BISD SN 030

| | | Amelia | 0730-0930 1430-1630 | | Amelia | Amelia |
|---|---|---|---|---|---|---|

**Officers Out:** PSO Bracken-Personal Leave, K. Holmes-Local

**Vehicle Down:** 1014

**Off Contract:**

| | | | | | |
|---|---|---|---|---|---|
| PSO Grogan | West Brook | 0630-1515 | **West Brook** | **West Brook** |
| PSO D. Williams | West Brook | 0630-1515 | **West Brook** | **West Brook** |
| PSO N. Thomas | West Brook | 0630-1515 | **West Brook** | **West Brook** |
| PSO Tallant | West Brook | 0630-1515 | **West Brook** | **West Brook** |
| | | | | |
| PSO Baines | Pietzsch-Mac | 0800-1630 | Pietzsch-Mac (South) | Pietzsch-Mac (South) |
| PSO Jenkins | Pietzsch-Mac | 0800-1630 | Pietzsch-Mac (Main) | Pietzsch-Mac (Main) |
| | | | | |
| PSO Smith | BU | 0630-1515 | **BU** | **BU** |
| PSO Woodard | BU | 0630-1515 | **BU** | **BU** |
| PSO Stewart | BU | 0630-1515 | **BU** | **BU** |
| | | | | |
| PSO R. Wilson | Vincent | 0800-1630 | **Vincent** | **Vincent** |
| PSO Chamberlain | Odom | 0800-1630 | **Odom** | **Odom** |
| PSO Brochette | Early College | 0630-1515 | **ECHS** | **ECHS** |
| | Early College | 0800-1630 | **ECHS** | **ECHS** |
| | Pathways | 0630-1430 | **Pathways** | **Pathways** |
| PSO Bagby | Pathways | 0930-1430 | **Pathways** | **Pathways** |
| PSO Babineaux | Pathways | 0930-1430 | **Pathways** | **Pathways** |
| PSO Gaines | Marshall | 0800-1630 | **Marshall** | **Marshall** |
| PSO Carry | Paul Brown | 0700-1530 | **Paul Brown** | **Paul Brown** |
| | Smith | 0800-1630 | **Smith** | **Smith** |
| PSO Carter | Homer | 730-930 1430-1630 | **Homer** | **Homer** |
| PSO Sublett | Dishman | 730-930 1430-1630 | **Dishman** | **Dishman** |
| PSO Allen | Regina | 730-930 1430-1630 | **Regina** | **Regina** |
| PSO Theriot | Sallie Curtis | 730-930 1430-1630 | **Sallie Curtis** | **Sallie Curtis** |
| PSO Chargois | Bingman | 730-930 1400-1630 | **Bingman/Smith** | **Smith/Bingman** |
| PSO L. Williams | Martin | 730-930 1430-1630 | **Martin** | **Martin** |
| PSO Dyson | Lucas Pre-K | 730-930 1430-1630 | **Lucas- Pre** | **Lucas-Pre K** |
| PSO Chretien | Fletcher | 0800-1630 | **Fletcher** | Fletcher |
| PSO Bagby | Blanchette | 730-930 1430-1630 | Blanchette | Blanchette |
| PSO E. Wilson | Charlton Pollard | 730-930 1430-1630 | Charlton Pollard | Charlton Pollard |

BISD 0149

BISD SN 031

Verizon 📶    12:59 PM    47% 🔋

< **Kyle Boogie Holmes** Q

🚚 **Lovett's Trucking Academy** ·
Follow
Apr 14 · 🌎

You've got to LOVETT...we're
PRODUCING DRIVERS FOR THE
DEMAND...### #lovettst... See More




     Watch     News     Gaming     Notifications     Menu

BISD 0150

BISD SN 032

Gmail

## Taser Return

**Shanter Norman** <snorma1@bmtisd.com>                                                              Wed, Nov 9, 1:27 PM
To: Eric Payne <epayne@bmtisd.com>

On Wednesday, November 9, 2022 I was approached by Sergeant T. Mitchell concerning my taser. I was informed per you
Captain E. Payne due to me sending a letter withdrawing from FTO training due to a conflict of interest and no
compensation. Sgt. Mitchell advised per you I needed to relinquish my taser. Sgt. Mitchell stated you said because I'm not a
FTO or supervisor then I could not carry a taser. I willfully relinquished my taser per your instructions. I did not willfully turn
my taser in on my own accord. I advised Sgt. Mitchell that the B.I.S.D. Police Department sent me to taser instructor school
to carry a taser and to instruct our department. X26 taser. Serial number,X12009E3F. Do to no taser policy I was unaware of
this procedure. Respectfully submitted.
[Quoted text hidden]

BISD SN 033

Gmail

**Shanter Norman <snorma1@bmtisd.com>**

## Taser Return

**Eric Payne** <epayne@bmtisd.com>                                                                Wed, Nov 9, 12:15 PM
To: Shanter Norman <snorma1@bmtisd.com>
Cc: Joseph Malbrough <jmalbr1@bmtisd.com>, Tawun Mitchell <tmitche@bmtisd.com>, Eric Payne <epayne@bmtisd.com>


Officer S. Norman,

I am sending this message for verification that I received your taser on Nov 9, 2022 at 12:01pm.
--


Eric R Payne, Sr.  | Captain
Police Department | Beaumont ISD
Office: 409-617-7005 | fax: 409-617-7013 |
                | *"Preparing Our Next Generation!"*


Notice of Confidentiality: This electronic communication may contain confidential student record information intended solely for school business by the individual to whom it is addressed. Any disclosure (verbal or print), copying, distribution, or use of this information by an unauthorized person is prohibited, and may violate the Family Education Rights and Privacy Act. (FERPA). Should you receive this electronic communication in error, please notify the sender at 409-617-7002 immediately.

Statement of Non-Discrimination: The Beaumont Independent School District does not discriminate on the basis of race, color, national origin, gender, age, marital status or handicapping condition in its programs, services, activities, or employment practices as required by Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Education Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; and the Age Discrimination Act of 1975. BISD is committed to providing a free and appropriate public education for all students

BISD 0152

BISD SN 034

Gmail                                                    **Shanter Norman <snorma1@bmtisd.com>**

## Taser Return

**Shanter Norman** <snorma1@bmtisd.com>                              Wed, Nov 9, 1:27 PM
To: Eric Payne <epayne@bmtisd.com>

On Wednesday, November 9, 2022 I was approached by Sergeant T. Mitchell concerning my taser. I was informed per you Captain E. Payne due to me sending a letter withdrawing from FTO training due to a conflict of interest and no compensation. Sgt. Mitchell advised per you I needed to relinquish my taser. Sgt. Mitchell stated you said because I'm not a FTO or supervisor then I could not carry a taser. I willfully relinquished my taser per your instructions. I did not willfully turn my taser in on my own accord. I advised Sgt. Mitchell that the B.I.S.D. Police Department sent me to taser instructor school to carry a taser and to instruct our department. X26 taser. Serial number,X12009E3F. Do to no taser policy I was unaware of this procedure. Respectfully submitted.
[Quoted text hidden]

Gmail

## Taser Return

**Eric Payne** <epayne@bmtisd.com>
To: Shanter Norman <snorma1@bmtisd.com>
Cc: Joseph Malbrough <jmalbr1@bmtisd.com>, Tawun Mitchell <tmitche@bmtisd.com>, Eric Payne <epayne@bmtisd.com>

Wed, Nov 9, 12:15 PM

Officer S. Norman,

I am sending this message for verification that I received your taser on Nov 9, 2022 at 12:01pm.
--


Eric R Payne, Sr. | Captain
Police Department | Beaumont ISD
Office: 409-617-7005 | fax: 409-617-7013 |
        | *"Preparing Our Next Generation!"*


Notice of Confidentiality: This electronic communication may contain confidential student record information intended solely for school business by the individual to whom it is addressed. Any disclosure (verbal or print), copying, distribution, or use of this information by an unauthorized person is prohibited, and may violate the Family Education Rights and Privacy Act. (FERPA). Should you receive this electronic communication in error, please notify the sender at 409-617-7002 immediately.

Statement of Non-Discrimination: The Beaumont Independent School District does not discriminate on the basis of race, color, national origin, gender, age, marital status or handicapping condition in its programs, services, activities, or employment practices as required by Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Education Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; and the Age Discrimination Act of 1975. BISD is committed to providing a free and appropriate public education for all students

BISD SN 036

# BEAUMONT ISD POLICE DEPARTMENT

## DISPOSITION OF FORMAL ADMINISTRATIVE INVESTIGATION

**IAD CASE NO: F.22–23.01**

**DATE:**     November 11, 2022

**TO:**        Shanter R. Norman

**FROM:**    Chief Joseph Malbrough

**COMPLAINANT: Beaumont ISD PD / Lt. P. Haynes**

**COMPLAINT: Officer Misconduct**

The above complaint was investigated. Upon review and examination, the disposition was classified as indicated below:

**CLASSIFICATION:**

1.        UNFOUNDED
         *Allegation is false or not factual*

2.        EXONERATED
         *Was lawful and proper*

3.        NOT SUSTAINED
         *Insufficient evidence to either prove or disprove the allegation*

4.        SUSTAINED
         *The allegation is supported by sufficient evidence.*

*Note: Only sustained complaints become a part of the officer's active service file.*

BISD SN 037

**BISD**
Preparing Our Next Generation

Police Department

*INCORRECT*

√ R .

December 12, 2022

Shanter S. Norman
5750 N. Major Drive Apt.#305
Beaumont, Texas, 77713

**Re: Investigation Summary and Employment Status**

Dear Officer Shanter Norman,

The purpose of this correspondence is to address the results of the formal internal complaint alleging misuse of social media in a matter that is serious employee misconduct.

**Complaint F. 22-23. 01, Employee Misconduct - Social Media Post, Oct. 20, 2022**

On October 21, 2022, at approximately 0943 hours, BISD Police Department Leaders opened an Internal Affairs investigation concerning allegations that you posted on Facebook negative comments perceived as being directed at department supervisors. Under department policy, the conduct as alleged is" Employee Misconduct."

The investigation revealed that on October 20, 2022, District leadership received several calls and copies of a Facebook post that you made on your page to the public. The post read:

*"My prayer: If I'm ever placed in a supervisor position or over an agency, I pray that I will listen to the ones under my command. I pray I will not be to position driven, and power struck not to have integrity and accountability. I have served my country and community for years. It's been an honor and a privilege. I've had the opportunity to learn a lot and see how not to run an agency and how not to supervise. To be continued."*

BISD employees, community members, and law enforcement officials that reported the post perceived your post as being directed at BISD Police Department leadership in an attempt to embroil the public in an internal departmental matter.

Initially during the investigation, you refused to provide a written statement, citing noncompliance with procedure. The initial request for your statement was made on October 25, 2022. After two weeks of failing to comply with multiple directives to cooperate and being provided policy and law demonstrating the Department was appropriately proceeding with an internal investigation, you submitted your statement via email to Lieutenant Haynes on November 4 , 2022.

In your statement, you claimed that the Facebook post was "a prayer to [yourself] and it did not single out any agency or supervisors of [your] present or previous employment."

BISD SN 038



# Police Department

However, as indicated above, public perception was that the post was directed at your current employers and resulted in the community and your co-workers losing confidence in your performance of your job duties. Due to the sensitive, high-stress nature of our job duties, trust among the team members is paramount. Your inappropriate use of social media has undermined that trust diminishing the ability of the officers to safely protect the students and staff of Beaumont ISD.

Moreover, Beaumont ISD PD has an internal complaint procedure adopted as Policy 2.4, which outlines the appropriate procedure to present your concerns. The Policy states, "the department's image and reputation depend on the personal integrity and discipline of all departmental employees. To a large degree, the public image of the department is determined by a professional response to allegations of misconduct against its employees. . . . The Beaumont ISD Police Department encourages any person to bring forward grievances regarding misconduct by employees." You acknowledged receipt of a copy of this policy on September 9, 2020. If you were not satisfied with the Department's internal complaint process, you had the right to appeal any internal findings through the District's Board Policy DGBA (Local), which affords employees an efficient process and appropriate forum through which to voice concerns or grievances. Despite multiple structured avenues to address any concerns, you chose to forego the professional approach in discussing your issues, in favor of an unprofessional and inappropriate public forum. By failing to follow the proper channels within the District to address your complaints, you have diminished your personal credibility as an officer, as well as the credibility of the Department. While you claim the post was personal, it was not received as you intended, and therefore, your alleged intent is immaterial.

As such, your conduct violates the following Department and District policies:

- **Policy 2.1 Rules of Conduct section V.F.4, Insubordination**: "Employees shall promptly obey all lawful orders and directions given by supervisors and radio dispatchers. The failure or deliberate refusal of employees to obey such orders shall be deemed insubordination and is prohibited. Flouting the authority of a supervisor by displaying obvious disrespect or by disputing their orders shall likewise be deemed insubordination."

- **Policy 2.1 Rules of Conduct section V.G.11, Conduct and Behavior**: "Employees, whether on-duty or off-duty, shall follow the ordinary and reasonable rules of good conduct and behavior and shall not commit any act in an official or private capacity tending to bring reproach, discredit, or embarrassment to their profession or the department. Employees shall follow established procedures in carrying out their duties as police officers and/or employees of the department and shall at all time use sound judgment."

BISD SN 039

**BISD**
Preparing Our Next Generation

**Police Department**

- **Policy 2.1 Rules of Conduct section V.H.38**: "Employees shall treat other members of the department with respect. They shall be courteous, civil and respectful of their superiors, subordinates, and associates, and shall not use threatening or insulting language."

- **Board Policy DH (Local) and the Beaumont ISD Employee Handbook**: "As role models for the district's students, employees are responsible for their public conduct even when they are not acting as district employees. Employees will be held to the same professional standards in their public use of electronic media as they are for any other public conduct. If an employee's use of electronic media interferes with the employee's ability to effectively perform his or her job duties, the employee is subject to disciplinary action, up to and including termination of employment."

**Investigation's Disposition and Chief's Recommendation:**

I have carefully reviewed this Internal Investigation and its findings. The complaint brought against you was **sustained**, meaning the allegations were supported by sufficient evidence.

In conclusion, your unprofessional actions undermine our Department's credibility and effectiveness as a law enforcement agency in this community. The evidence demonstrates serious misconduct and extreme malfeasance in accordance with Policy 2.5 Employee Discipline. Therefore, as Chief Administrator of Beaumont ISD Police Department I am imposing the following disciplinary action to which you are expected to comply:

- 10 day suspension without pay starting Monday, December 12, 2022 and ending Friday, January 6, 2023. You are to report back to work on Monday, January 9, 2023.

This suspension without pay is being issued pursuant to Beaumont ISD Police Department Policy 2.5, Employee Disciplinary Process, which states, "if the situation warrants, the Chief of Police, in consultation with the Superintendent, may . . . suspend without pay . . . suspensions without pay will normally apply to a period of up to 15 days, as determined by the Chief of Police and Beaumont ISD Superintendent." Please be aware, the policy also provides that if an employee becomes a candidate for suspension a second time within one year after the first suspension, the employee may be dismissed."

BISD SN 040

 Police Department

During the period of suspension you may not participate in district activities, including athletic events, and you are not to return to any BISD facility or campus whether during or after normal working hours without consent from the Chief of Police.

Sincerely,

Joseph Malbrough, BISD-PD
Chief of Police

Cc:   Derwin Samuels, Executive Director of Human Resources

Encl:   Departmental Policy 2.1 Rules of Conduct, 2.5 Employee Disciplinary Process

I acknowledge receipt of this document.

*Refused to Sign*                    *12/12/2022*
_____          _____
Shanter R. Norman                    Date

*Refused to sign*
*Witnessed by HR Manager Brandon Bassinger*
*witnessed by S.*
*Witnessed by Chief Joseph Malbro*

BISD SN 041

 

To: Chief Malbrough

Subject: F.22-23.01 Extension for Formal Investigation

Date: Nov. 4, 2022

Per our discussion on the status of the investigation on Officer Norman, he continues to question my directives and instructions provided to him. Due to his non compliance with the investigation, it may be necessary for me to have more time to continue the investigation due to him prolonging of his statement for roughly 8 days.

*Extention granted.*

X *Joseph Mallet*

Respectfully,

*A. Pamela Haynes*

Lt. Pamela Haynes

BISD SN 042

Gmail    **Shanter Norman <snorma1@bmtisd.com>**

**Suspension**

**Shanter Norman** <snorma1@bmtisd.com>                                                           Mon, Dec 12, 2:48 PM
To: Joseph Malbrough <jmalbr1@bmtisd.com>

To Chief J. Malbrough:

I Shanter R. Norman have read the conditions of the suspension, where it stated, "you may not participate in district activities, including athletic events, and not to return to any BISD facilities or campuses, whether during or after normal working hours." I'm aware of these conditions. I'm also the CEO and founder of D.A.D.S. (Diligent About Doing Something). My wife and I are partners with the district at three campuses, Beaumont United, Taylor Career, and Paul Brown. We support the girls and boys basketball teams at Beaumont United. We recently paid for a hotel and travel expenses to Arkansas after Christmas to travel with the team. I'm asking permission as a partner with the district, not a police officer to attend these events during my suspension.

PERSONNEL-MANAGEMENT RELATIONS
EMPLOYEE COMPLAINTS/GRIEVANCES

DGBA
(EXHIBIT)

6.  What was the date of the decision or circumstances causing your complaint?

*12 - 12 - 22*

7.  Please explain how you have been harmed by this decision or circumstance.

*SEE ATTACHED DOCUMENTS*

8.  Please describe any efforts you have made to resolve your concerns and the responses to your efforts. Please include dates of communication and with whom you communicated regarding your concerns.

*SEE ATTACHED DOCUMENTS*

9.  Please describe the outcome or remedy you seek for this complaint.

*SEE ATTACHED DOCUMENTS*

Employee signature: *Wester L. Jormar*

Signature of employee's representative: _____

Date of filing: *12/15/22*

*Complainant, please note:*

*A complaint form that is incomplete in any material way may be dismissed but may be refiled with all the required information if the refiling is within the designated time for filing a complaint.*

*Attach to this form any documents you believe will support the complaint; if unavailable when you submit this form, they may be presented no later than the Level One conference. Please keep a copy of the completed form and any supporting documentation for your records.*

DATE ISSUED: 1/8/2015
UPDATE 48
DGBA(EXHIBIT)-RRM

2 of 2

BISD SN 044

**7.** I've been harmed by this decision or circumstance by being placed on a 10-day suspension with no pay. My current two-week average with overtime ranges around $4,370.00 gross, which a large portion goes to my TRS Members Contribution. I currently get paid $28.52 per hour. I was informed also after being suspended without pay that I could not participate in any district activities, including athletic events, and I was advised not to return to any BISD facilities or campuses whether during or after normal working hours without consent from the Chief of Police.

Not only am I losing pay but I'm being trespassed as well. I believe this is a violation of my 5th amendment which protects me from being charged twice for the same offense. I believe this to be cruel and unusual punishment, (8th amendment).

*[signature]* 12/14/22

BISD SN 045

**8.** I went to Human Resources requesting an appeal against my suspension ruling. This is the form I'm currently filling out.

I sent Chief J. Malbrough an email on December 12, 2022 at approximately 2:48pm asking for permission to be allowed to go to athletic events but he did not respond. I'm following the proper protocol, but I'm not getting any results. I advised him in the email due to me being a partner with the district through my organization, D.A.D.S. (Diligent About Doing Something). Could I support the schools I'm a partner with. He responded by email. *Sylomuer 12/14/22*

Gmail

**Shanter Norman <snorma1@bmtisd.com>**

## Suspension

**Joseph Malbrough** <jmalbr1@bmtisd.com>                                        Tue, Dec 13, 9:04 PM
To: Shanter Norman <snorma1@bmtisd.com>

Hello Officer S. Norman,
In response to your request to attend a District athletic event, permission has been **denied.**  As you have alluded to, the Suspension directive prohibits you from attending any District activities including athletic events. The suspension duration is expected to last through the Christmas break, which would prohibit your attendance for the time period you have requested. Thank you for your adherence to the Suspension guidance.

Respectfully,
Chief

On Mon, Dec 12, 2022 at 2:49 PM Shanter Norman <                        > wrote:

To Chief J. Malbrough:

I Shanter R. Norman have read the conditions of the suspension, where it stated, "you may not participate in district activities, including athletic events, and not to return to any BISD facilities or campuses, whether during or after normal working hours." I'm aware of these conditions. I'm also the CEO and founder of D.A.D.S. (Diligent About Doing Something). My wife and I are partners with the district at three campuses, Beaumont United, Taylor Career, and Paul Brown. We support the girls and boys basketball teams at Beaumont United. We recently paid for a hotel and travel expenses to Arkansas after Christmas to travel with the team. I'm asking permission as a partner with the district, not a police officer to attend these events during my suspension.

--
Joseph  "Joe"  S. Malbrough | Police Chief
Police Department | Beaumont ISD
Office: 409-617-7002 | fax: 409-617-7013 |
              | *"Preparing Our Next Generation!"*

Notice of Confidentiality: This electronic communication may contain confidential student record information intended solely for school business by the individual to whom it is addressed. Any disclosure (verbal or print), copying, distribution, or use of this information by an unauthorized person is prohibited, and may violate the Family Education Rights and Privacy Act. (FERPA). Should you receive this electronic communication in error, please notify the sender at 409-617-7002 immediately.

Statement of Non-Discrimination: The Beaumont Independent School District does not discriminate on the basis of race, color, national origin, gender, age, marital status or handicapping condition in its programs, services, activities, or employment practices as required by Title VI of the Civil Rights Act of 1964, as amended; Title IX of the Education Amendments of 1972; Section 504 of the Rehabilitation Act of 1973, as amended; and the Age Discrimination Act of 1975. BISD is committed to providing a free and appropriate public education to all students.

BISD SN 047

9. The outcome I seek is to be reinstated to duty with pay and these allegations be removed from my file immediately. I would like for the B.I.S.D. Police Department to be investigated for discrimination, bias policing, retaliation, policy review, and bullying. Also I want it noted that I was suspended for 20days not 10 as stated on my suspension form. The Christmas break was added to my suspension. Being a Partner with the district was a disgrace to my organization. This act was a deliberate act to sabotage my image, my name, and my organization. I honestly believe the reason for all this animosity is from the audit we had. I believe the responses we gave were not confidential and the command staff were advised of who said what. Since then, everyone has been written up for frivolous acts. The district paid two outside investigators to perform an internal audit for $34,000 and nothing has changed but got worse. I would like to speak to all parties involved and receive an apology. *Norman* 12/14/22

BISD SN 048