# EXHIBIT 28

PERSONNEL-MANAGEMENT RELATIONS
EMPLOYEE COMPLAINTS/GRIEVANCES

 JAN 13 2023

DGBA
(EXHIBIT)

## MUST BE FILED IN OFFICE OF GENERAL COUNSEL

Note:    Informal resolution is encouraged but does not extend any deadlines in
         DGBA(LOCAL), except by mutual written consent.

### EMPLOYEE COMPLAINT FORM — LEVEL ONE

To file a formal complaint, please fill out this form completely and submit it by hand delivery,
electronic communication, or U.S. mail to the General Counsel's Office within the time
established in DGBA(LOCAL). All complaints will be heard in accordance with DGBA(LEGAL)
and (LOCAL) or any exceptions outlined therein.

1.  Name: _SHANTER   R.  NORMAN_

2.  Address: _5750  N. MAJOR  DR.  APT #305_
    _BEAUMONT , TX   77713_
    Telephone number: _(409) 656-8392_
    E-mail address: _normanshanter@yahoo.com_

3.  Position: _POLICE  OFFICER_   Campus/Department: _BEAUMONT I.S.D._
    _POLICE  DEPT._

4.  If you will be represented in presenting your complaint, please identify the person
    representing you. If the person representing you will participate by telephone conference
    call, please check the box below. The District will inform you if the equipment necessary for
    telephone representation is unavailable.

    ☐    Representation will be by telephone conference call.

    **Please note:** You must designate a representative who will be participating in person or by
    telephone with an advance notice of at least three days, or the District may reschedule the
    conference or hearing to a later date.

    Name: _BRIDGETT BRUMBAUGH_
    Address: _9800 NORTHWEST FREEWAY # 307_
    _HOUSTON , TX 77092_
    Telephone number: _(713) 243-7600_
    E-mail address: _bridgett.brumbaugh@cleat.org_

5.  Please describe the decision or circumstances causing your complaint (give specific
    factual details).
    _SEE  ATTACHED  DOCUMENTS_

DATE ISSUED: 1/8/2015                                          1 of 2
UPDATE 48
DGBA(EXHIBIT)-RRM

**5.** I Officer S. Norman be it sound mind and sound body, was formally complained on by the Beaumont I. S.D. Police Department. I was told my complainant was Corporal Reginald Boseman. I received a formal complaint notification for Officer Misconduct. Case#F.22-23.04 on December 13, 2022, via email from Captain E. Payne. This allegation supposedly arose from an incident which occurred at a girls' basketball game.

I was instantly confused why I was not counseled or asked to come into the office to explain but it escalated to an immediate formal complaint.

I was advised on Tuesday, December 13, 2022, I received an email from Captain E. Payne advising, *"I am providing you notice that you are the subject of a new investigation. I will provide you with a copy of the complainants report before the end of the work day. I need to see you in my office tomorrow Wednesday 12/14/2022 at 2pm. To provide your statement to the accusation."*

After receiving an email from Captain, E. Payne, I was advised my complaint would come in an email. The complaint came from Cpl. R. Boseman and he stated, *"On Friday December, 9, 2022 at the Beaumont United girls basketball game, you were asked by staff to come and provide support regarding some patrons acting out of order. You did not respond and proceeded to the concession stand to retrieve food. I engaged with you regarding responding to the request by campus staff. You refuse, The failure or deliberate refusal to do so is insubordination and is prohibited."*

My response stated, *"On Friday, December 9, 2022 I Officer S. Norman was patrolling at Beaumont United High School located at 3443 Fannett Road in Beaumont, Jefferson County, Texas. I had been at work since about 6:15am. I had completed a entire shift and was scheduled to work a girls basketball game at the gymnasium. Beaumont United versus North Shore. I believed I arrived at 4:30pm. Upon my arrival Deputy Turner was on scene. I worked the 9th grade and JV game alone inside the gym. I observed CPL. Boseman later during halftime of the JV game. Upon the start of the varsity game I was still in the gymnasium alone. At halftime of the varsity game I decided to go get a bite to eat, since I had not eaten since earlier before dismissal. While I was eating I was approached by an adult black male, assistant principal, Derrick Chaison. He stated he needed an officer. I said yes sir. And I pointed toward CPL. Boseman and Deputy Turner who were about 30 feet from me. I advised him I was on a*

BISD SN2 003

*quick break. He then said I need a female officer. I said to Turner he needs a female officer. She started making her way toward him when an unknown black female juvenile exited the gymnasium area into the foyer near the concession area where I was standing. Chaison voice elevated once she went toward the exit. The unknown black female left without uttering a word. Cpl Boseman walked out behind the unknown juvenile and Chaison. CPL. Boseman entered moments later. Upon entrance he seemed a little upset. I advised him everything was taking care of. He immediately got upset about sending a female Deputy to assist alone. In the past CPL Boseman would insisted on me finish eating or taking care of some paperwork while he handled a call or issue. This incident I treated as such. I approached CPL Boseman to explain the situation and he got angry. He stated, "don't walk up on me like that. " I was basically letting him know there was not an immediate threat to anyone but it was insubordination issue between student and staff. CPL Boseman then stated ," imma call Payne and have you removed from all games. I advised him that's fine I will still come and support. He began to lower his voice and listen to me. After listening to me, we got on the same page and continued working with no issue. I was very concerned about his actions that evening due to him being angry and very unprofessional the day before in Ms. Bennett's office. Present was myself, Sgt. Hartfield, Deputy Caleb, a black juvenile male student and Ms. Bennett. CPL Boseman called via cellular phone asking about the fire alarm. I advised him Sgt Hartfield was here to check on things. He began to get upset about the situation. He advised me before hanging up that Sgt Hartfield got a case number. CPL. Boseman hung up the phone. CPL Boseman then entered Ms. Bennett's office and confronted Sgt. Hartfield in anger. He began to tell him, "why are you here? I don't need you to get a case number for me. I can get my own damn case number. He leaned in with his hand on his ear and said you got something to say before I go. Do you, do you!! Exactly that's what I thought." He did all this in the presence of those in the room. I contribute this complaint to him being emotionally unstable about having to be at Beaumont United. He has stated to me on several occasions about him being disgusted about being at Beaumont United while Sgt. Mitchell is on light duty, when there is none. CPL Boseman have expressed departmental inconsistencies about Brenda having to change positions while she was pregnant but Sgt Mitchell hurt his shoulder and gets to be on light duty. You can ask all parties involved. This statement is true and correct."*

BISD 0169

BISD SN2 004

I was not blaming Cpl. R. Boseman. I was advising the chain of command of his emotional and mental state. His action on the day in question was not normal and I believed he acted on emotions and not the totality of the circumstances.

On Wednesday, January 4, 2023, I received an email from Michelle R. Martinez Chiefs Marlborough's secretary. It stated, "***Good afternoon Officer Norman, This email is to notify you of an administration hearing in which your presence is required. Below please find information regarding the hearing.***"

## Administrative Hearing re:2nd Complaint

**Date: Thursday, January 5, 2023**

**Time: 3:30pm**

**Location: BISD Police Station**

I advised my Cleat Attorney Bridgett Brumbaugh of the meeting and she stated she reached out to the ISD.

On Wednesday, January 4, 2023 I arrived at the Police Station located at 9275 Manion Drive in Beaumont, Jefferson County, Texas at 3:25pm.

Present was Mr. Basinger, Chief J. Malbrough, Captain E. Payne, the district attorney of zoom, and Cleat Attorney Bridgett Brumbaugh.

Chief Malbrough read a disposition of formal administrative investigation, which he classified as Sustained. I advised him he didn't complete the investigation by excluding some policy and procedures.

## I. ADMINISTRATION OF SUSPENSIONS, DEMOTIONS, OR DISMISSALS

A. After an appropriate investigation, should the Chief of Police sustain the allegation and determine that the discipline may be a suspension, demotion, or termination; the Chief may request review of the investigation by the officer's chain of command to obtain their recommendations for disciplinary action.

B. Upon receipt of the recommendations, if the Chief of Police believes the discipline should be greater than a Written Reprimand, the Chief shall request the officer read the written investigation summary and initial each page. The review will take place in the presence of the investigating officer or other staff members. The employee will be allowed to add a written statement to the investigative package stating any arguments with the evidence or investigation process. This statement will be prepared and added before leaving the review site.

C. **The Chief of Police will meet with the employee and allow the employee to make any statement regarding the evidence or investigation, and review any written statement provided by the employee. The Chief of Police will then have the employee report back after a period determined by the Chief. (I did not receive this)**

D. **The Chief of Police will again review the investigation, considering the employee's input and may then decide on the discipline or send the investigation back for further investigation. (I did not receive this)**

E. The Chief will meet with the employee to inform him or her of his decision. The Chief will present the employee with a letter outlining the discipline, the effective date of the discipline, the reason for the discipline and the employee's appeal rights.

F. Copies of all investigations resulting in disciplinary action and all disciplinary paperwork will be filed in the employee's personnel file. A copy of the investigation will be maintained in the internal investigation's files.

I received E. and F. but not C. D. I did not get due process of the law per the Beaumont I.S.D. policy. I went from A. B. to E. and F. I was asked to sign a document without having a true and proper investigation. I refused to sign the document due to a lack of understanding. The first time I spoke to Chief Malbrough was during my disciplinary phase. (Hear audio on flash drive).

I never received any signed written statements from anyone involved. I only statement I received was a complaint form from Cpl. Boseman.
In his initial complaint he did not state the same issues which were discovered in the **Investigation Summary and Employment Status**.

Review both statements and you will see inconsistency.

**Complaint form: 1st statement I received.**

*"On Friday December, 9, 2022 at the Beaumont United girls basketball game, you were asked by staff to come and provide support regarding some patrons acting out of order. You did not respond and proceeded to the concession stand to retrieve food. I engaged with you regarding responding to the request by campus staff. You refuse, The failure or deliberate refusal to do so is insubordination and is prohibited."*

**Investigation Summary and Employment Status: 2nd statement I did not see.**

*"at this event heard Beaumont United Assistant Principal, Derrick Chaison called for police assistance with an urgent in his voice…During this time BISD Officer Shanter Norman was standing 5-8 feet from AP Chasion."*

**Investigation Summary and Employment Status: 3rd statement I did not see.**

*"Officer Turner and I both went to assist him. During this time BISD Officer Shanter Norman was standing within 5-8 feet from Ap Chaison. I Corporal Boseman asked Officer Norman to go assist Officer Turner and he said No! thinking I didn't understand him I asked him to go help Officer Turner again and he repeated his first response and said no I'm not going, I'm going to eat my food."*

**Breakdown:**

1. I was not asked by staff to come and provide support regarding some patrons acting out of order. Staff stated they needed an officer.

2. I did respond and I was already at the concession stand eating, not proceeding toward the concession stands to retrieve food. My back was facing Mr. Chaison when he asked for officer assistance. I turned around and pointed toward other officers due to me eating. I advised him I was on a quick break. He then stated he needed a female officer.

3. *"You engaged with me regarding responding to the request by campus staff."* He never told me to go assist campus staff. I did not refuse any direct order because he never gave one. I did not ignore Mr. Chaison either, I pointed toward the other officer's direction to let him know I heard him. He asked for an officer not Officer Norman directly.

4. My statement, "He immediately got upset about sending a female Deputy to assist alone.

5. From Cpl. Boseman's initial complaint I believe him to complain on me for not assisting campus staff.

6. In the second statement Cpl. Boseman stated, *"Officer Turner and I both went to assist him. During this time BISD Officer Shanter Norman was standing within 5-8 feet from Ap Chaison. I Corporal Boseman asked Officer Norman to go assist Officer Turner and he said No!"*

7. If Cpl. Boseman and Deputy Turner both went to assist him, then why would he ask me to go assist her if he was already with her? That's conflicting.

8. I was never asked that question.

9. Cpl. Boseman stated*, "thinking I didn't understand him I asked him to go help Officer Turner again and he repeated his first response and said no I'm not going, I'm going to eat my food."*

10. Again, why would he ask me to go assist her if he was already with her assisting her?

11. This 3rd statement is false and was added to sabotage my image and my name. Cpl. Boseman made his 3rd statement about me not assisting Deputy Turner instead of assisting campus staff.

BISD 0173

BISD SN2 008

**Deputy Turner's statement:**

*"At a point during the second half, a black male, later identified as Derrick Chaison, the 12th grade Assistant Principle (AP), came out of the main gym doors nearest the restroom, requesting an officer. I believed Chaison to be asking Officer Shanter Norman, as he was standing in the area in front of the concessions, At the time, Corporal Reggie Boseman , public Safety Officer (PSO) Chargois, and myself were standing near the front entrance where security checks are completed."*

Both Cpl. Boseman and Deputy Turner heard Chasion call for officer assistance, not just me. So why am I the only one being brought up on these charges?

In the **Investigation Disposition and Chief's Recommendation**:

He stated my grounds for termination was:

1. **Misfeasance:** a <u>transgression</u>, especially the <u>wrongful</u> exercise of <u>lawful</u> authority.
2. **Malfeasance:** <u>wrongdoing</u>, especially by a public official.
3. **Nonfeasance:** failure to perform an act that is required by law.
   Our policy is not the law.

Due to the video not having audio it's basically a he say she say situation.

Chief J. Malbrough stated, "*Video and multiple written statements demonstrated the you failed to render aid ……*"

There is nothing in our policy which states anything about failure to render aid. This is actually a traffic issue not a civil issue.

The crime of failure to stop and render aid under Tex. Transp. Code § 550.021 is **charged as a third-degree felony if it can be proven that serious bodily injury results from the accident**. A conviction for a third degree felony carries between 2 and 10 years in jail and up to $10,000 in fines.

In his investigation disposition and Chief's Recommendation he never stated the reason for me being terminated. He just stated the findings and the complaint against me was sustained.

He also stated, "*After considering your results of the investigation and your disciplinary records, in accordance with policy 2.5 your employment with the Beaumont ISD Police Department is terminated effective January 5, 2023.*"

Very important!

Per policy 2.5 section 4G.3 it states, *"If an employee becomes a candidate for suspension a second time within one year **after the first suspension**, the employee may be dismissed."*

I was terminated a day before my 1st suspension was completed. My suspension was supposed to end on Friday, January 6, 2023. This is actually a violation of policy. I was terminated prematurely and without cause.

*[signature]* 1/13/2023

BISD 0175

BISD SN2 010

# IAD Formal Investigation

Inbox

**Eric Payne**  2:40 PM

to me, Eric ⌄

Officer S. Norman,

I am providing you notice that you are the subject of a new investigation. I will provide you with a copy of the complainants report before the end of the work day. I need to see you in my office tomorrow Wednesday 12/14/2022 at 2 pm. To provide your statement to the accusation.

--

BISD 0176

BISD SN2 011

## BEAUMONT INDEPENDENT SCHOOL DISTRICT

### Police Department

NOTICE OF Formal IAD COMPLAINT INVESTIGATION

DATE: 12/13/2022

TO: Officer S. Norman

CASE #: **F. 22-23.04**

COMPLAINANT: **Corporal R. Boseman**

*Ref case #*

The Beaumont ISD Police Department is conducting a formal investigation into allegation(s) made by the above complainant.

The investigation has been classified as follows:

Officer Misconduct

*(Does not preclude violations that become apparent during the investigation)*

You are not to discuss the investigation with anyone except:

(1) an attorney representing you
(2) a union representative
(3) your supervisor and/or unit/watch commander.

If you feel it is necessary to discuss this case with any other person, you must first contact the Chief of Police for clearance to do so.

A violation of any of these instructions may lead to disciplinary action.

Please be advised, before the final documentation of this formal complaint investigation, you will be given an opportunity to provide evidence and/or witnesses in your defense.

**Upon receipt of this notification Contact Captain Payne at 409-239-8303 for further instructions.**

## Beaumont I. S. D. Police Department
## Complaint Form

Statement of Incident

Alleged Conduct: **Insubordination,**

Written by: **Reginald Boseman**

Date: **12/09/22**   Time: **4pm – 8pm**

### Narrative

On Friday December 9, 2022 at the Beaumont United Girls Basketball Game, you were asked by staff to come and provide support regarding some patrons acting out of order. You didnot respond and proceeded to the concession stand to retrieve food. I engaged with you regarding responding to the request by Campus staff. You refuse. The failure or deliberate refusal to do so is insubordination and is prohibited.

Signed: **Reginald Boseman**    ☐ Additional documents attached

BISD 0178

BISD SN2 013

SHANTER NORMAN

On Friday, December 9, 2022 I Officer S. Norman was patrolling
at Beaumont United High School located at 3443 Fannett
Road in Beaumont, Jefferson County, Texas. I had been at work
since about 6:15am. I had completed a entire shift and was
scheduled to work a girls basketball game at the gymnasium.
Beaumont United versus North Shore. I believed I arrived at
4:30pm. Upon my arrival Deputy Turner was on scene. I worked
the 9th grade and JV game alone inside the gym. I observed
CPL. Boseman later during halftime of the JV game. Upon the
start of the varsity game I was still in the gymnasium alone. At
halftime of the varsity game I decided to go get a bite to eat,
since I had not eaten since earlier before dismissal. While I was
eating I was approached by an adult black male, assistant
principal, Derrick Chaison. He stated he needed an officer. I said
yes sir. And I pointed toward CPL. Boseman and Deputy Turner
who were about 30 feet from me.  I advised him I was on a quick
break. He then said I need a female officer. I said to Turner he
needs a female officer. She started making her way toward him
when an unknown black female juvenile exited the gymnasium
area into the foyer near the concession area where I was
standing. Chaison voice elevated once she went toward the
exit. The unknown black female left without uttering a word. Cpl
Boseman walked out behind the unknown juvenile and Chaison.
CPL. Boseman entered moments later. Upon entrance he

BISD 0179

BISD SN2 014

seemed a little upset. I advised him everything was taking care of. He immediately got upset about sending a female Deputy to assist alone. In the past CPL Boseman would insisted on me finish eating or taking care of some paperwork while he handled a call or issue. This incident I treated as such. I approached CPL Boseman to explain the situation and he got angry. He stated, "don't walk up on me like that. " I was basically letting him know there was not an immediate threat to anyone but it was insubordination issue between student and staff. CPL Boseman then stated ," imma call Payne and have you removed from all games. I advised him that's fine I will still come and support. He began to lower his voice and listen to me. After listening to me, we got on the same page and continued working with no issue. I was very concerned about his actions that evening due to him being angry and very unprofessional the day before in Ms. Bennett's office. Present was myself, Sgt. Hartfield, Deputy Caleb, a black juvenile male student and Ms. Bennett. CPL Boseman called via cellular phone asking about the fire alarm. I advised him Sgt Hartfield was here to check on things. He began to get upset about the situation. He advised me before hanging up that Sgt Hartfield got a case number. CPL. Boseman hung up the phone. CPL Boseman then entered Ms. Bennett's office and confronted Sgt. Hartfield in anger. He began to tell him, "why are you here? I don't need you to get a case number

BISD SN2 015

for me. I can get my own damn case number. He leaned in with his hand on his ear and said you got something to say before I go. Do you, do you!! Exactly that's what I thought." He did all this in the presence of those in the room. I contribute this complaint to him being emotionally unstable about having to be at Beaumont United. He has stated to me on several occasions about him being disgusted about being at Beaumont United while Sgt. Mitchell is on light duty, when there is none. CPL Boseman have expressed departmental inconsistencies about Brenda having to change positions while she was pregnant but Sgt Mitchell hurt his shoulder and gets to be on light duty. You can ask all parties involved. This statement is true and correct.

Sent from my iPhone

BISD 0181

BISD SN2 016

## Fwd: Administrative Hearing Notice

From:    SHANTER NORMAN (normanshanter@yahoo.com)

To:      bridgett.brumbaugh@cleat.org

Date:    Wednesday, January 4, 2023 at 02:50 PM CST

Sent from my iPhone

Begin forwarded message:

> **From:** Shanter Norman <snorma1@bmtisd.com>
> **Date:** January 4, 2023 at 2:48:36 PM CST
> **To:** SHANTER NORMAN <normanshanter@yahoo.com>
> **Subject: Fwd: Administrative Hearing Notice**

---------- Forwarded message ---------
From: Michelle Martinez <mmarti2@bmtisd.com>
Date: Wed, Jan 4, 2023 at 2:25 PM
Subject: Administrative Hearing Notice
To: Shanter Norman <snorma1@bmtisd.com>
CC: Joseph Malbrough <jmalbr1@bmtisd.com>, Eric Payne <epayne@bmtisd.com>, Brandon Basinger <bbasing@bmtisd.com>

Good afternoon Officer Norman,

This email is to notify you of an administrative hearing in which your presence is required.  Below please find information regarding the hearing:

Administrative Hearing re: 2nd Complaint
Date:        Thursday, January 5, 2023
Time:        3:30pm
Location:    BISD Police Station

If you have any questions or concerns please contact me.

Thank you. Have a Great Day!!
Respectfully,
**Michelle R. Martinez**
*Secretary, Chief of Police*
BISD Police Department
(409) 617- 7002



Notice of Confidentiality: This electronic communication may contain confidential student record information intended solely for school business by the individual to whom it is addressed. Any disclosure (verbal or print), copying, distribution, or use of this information by an

BISD 0182

**BISD SN2 017**

unauthorized person is prohibited, and may violate the Family Education Rights and Privacy Act. (FERPA).

Should you receive this electronic communication in error, please notify the sender at 409-617-6031 immediately.

# BEAUMONT ISD POLICE DEPARTMENT

## DISPOSITION OF FORMAL ADMINISTRATIVE INVESTIGATION

**IAD CASE NO:  F. 22-23 .04**

**DATE:**       January 3, 2023

**TO:**          **Shanter Norman**

**FROM:**      Chief Joseph Malbrough

**COMPLAINANT:  Corporal Reginald Boseman**

**COMPLAINT: Officer Misconduct**

The above complaint was investigated. Upon review and examination, the disposition was classified as indicated below:

## CLASSIFICATION:

**1.**          UNFOUNDED
               *Allegation is false or not factual*

**2**.          EXONERATED
               *Was lawful and proper*

**3.**          NOT SUSTAINED
               *Insufficient evidence to either prove or disprove the allegation*

4.          SUSTAINED
               *The allegation is supported by sufficient evidence.*

*Note: Only sustained complaints become a part of the officer's active service file.*

BISD SN2 019

# BISD | Police Department

Pressing Out Next Generation

January 5, 2023

**VIA HAND DELIVERY**
Mr. Shanter Norman
5750 North Major Dr. Apt. 305
Beaumont, Tx, 77713

**Re:  Investigation Summary and Employment Status**

Dear Officer Norman,

The purpose of this correspondence is to address the results of the formal internal complaint alleging that you failed to respond to an administrator's request to render assistance, which Police Department Policy 2.4 provides is serious employee misconduct.

On December 9, 2022, Officer Boseman filed a complaint concerning your conduct at the Beaumont United basketball game on December 9, 2022.  The complaint alleged that you failed to respond when Assistant Principal Derrick Chaisson requested your assistance detaining a combative student at the game. Due to the seriousness of the conduct alleged, an internal investigation was opened on December 13, 2022. You were provided written notice of the investigation on December 13, 2022, with a signed copy of the complaint enclosed with the notice correspondence.

The investigation confirmed the allegations. Video, witness statements, and your own statement verify that on December 9, 2022, you elected to work security at the basketball games occurring at Beaumont United. This was a voluntary supplemental duty assignment. During the game, Assistant Principal Derrick Chaison responded to a student engaging in disruptive conduct that included threats to engage in physical harm of others. The student was not responsive to Mr. Chaison's directives to leave; therefore, he exited the gym, and went to the foyer to solicit your help. The video evidence shows you facing the concession stand. You then turn around and acknowledge Mr. Chaison and point him to officers on the opposite end of the entrance to the gym, while continuing to eat your food. There is no audio in the video recording, but all statements confirm that Mr. Chaison requested your assistance in removing the student and that you ignored his plea by directing him to other officers working the security check station on the other end of the gym.

BISD SN2 020

**BISD** | Police Department
*Preparing Our Next Generation*

CHAISON
- **AP:** "I left the stands heading toward the concession area of the main gym, and that is where I spotted Officer Norman standing beside the concession counter. With urgency, I inclined my voice and called for police assistance while maintaining eye contact with Officer Norman. He did not respond verbally in acknowledgement of my urgent request. Non-verbally he motioned for me to summon the other two officers that were both near the front entrance of the main gym vestibule."

BOSEMAN
- **BISD PD Officer:** "at this event heard Beaumont United Assistant Principal, Derrick Chaison called for police assistance with an urgent in his voice. . . . During this time BISD Officer Shanter Norman was standing 5-8 feet from AP Chaison."

TURNER
- **Deputy:** "At a point during the second half, a black male, later identified as Derrick Chaison, the 12th grade Assistant Principal (AP), came out of the main gym doors nearest the restroom, requesting an officer. I believed Chaison to be asking Officer Shanter Norman, as he was standing in the area in front of the concessions. At the time, Corporal Reggie Boseman, Public Safety Officer (PSO) Chargois, and myself were standing near the front entrance where security checks are completed."

- **BISD PSO:** "Mr. Chasion came out of the gym asking for an officer assistance in the gym. Officer Norman was the closest to Mr. Chaisson, when he came out of the gym."

- **BISD PSO:** "An Assistant Principal (AP) came out of the gym asking for an Officer, upon hearing that I looked up seeing the AP walking near Officer Norman."

- **Norman:** "At halftime of the varsity game I decided to go get a bite to eat, since I had not eaten since earlier before dismissal. While I was eating I was approached by an adult black male, assistant principal, Derrick Chaison. He stated he needed an officer. I said yes sir. And I pointed toward CPL. Boseman and Deputy Turner who were about 30 feet from me. I advised him I was on a quick break."

When you failed to respond, Mr. Chaison requested the assistance of Deputy Turner. She immediately stopped what she was doing and walked with Mr. Chaison to respond to the issue. Corporal Boseman, your acting supervisor, then directed you to assist Deputy Turner and all evidence confirms that you refused the order of your supervisor.

BISD SN2 021

**BISD** | Police Department

- **Video:** Deputy Turner walks to assist Mr. Chaison. Corporal Boseman and you engage in dialogue and you remain standing by the concession stand and did not assist Deputy Turner.

*CHAISON*
- **AP:** "Both Officer Boseman and Officer Turner, came to assist me. We escorted the student out of the building, and I returned to my duty post within the gym. During this time, I was in great shock that Officer Norman had disregarded my request for assistance...."

*BOSEMAN*
- **BISD PD Officer:** "Officer Turner and I both went to assist him. During this time BISD Officer Shanter Norman was standing within 5-8 feet from Ap Chaison. I Corporal Boseman asked Officer Norman to go assist Officer Turner and he said NO! thinking I didn't understand him I asked him to go help Officer Turner again and he then repeated his first response and said no I'm not going; I'm going to eat my food."

- **BISD PSO:** "Officer Norman replied I'm eating. The Jefferson Co. Female officer went into gym, to assist Mr. Chaison in the gym. Once the situation was handled. Officer Bos[e]man asked, Officer Norman why you didn't go help the Female officer. Officer Norman replied man I was eating. Why you didn't you go."

- **BISD PSO:** "I then looked at Deputy Turner and she said 'I got it' to Cpl. Boseman. We [the Deputy and the PSO] started walking towards the AP, at that time I heard Cpl. Boseman calling Officer Norman. Officer Norman was standing by the concession stand eating the AP ws near Officer Norman, both Deputy Turner and myself walked over to see what was going on." The PSO's statement does not address your failure to comply with Corporal Boseman's order and instead states, "I heard Officer Norman say 'I know what's going on in there.' After that I shut down and stopped listening because things were escalating."

*TURNER*
- **Deputy:** "As I am walking to AP Chaison, I heard Corporal Boseman tell Officer Norman to go and assist her, referring to me, and Officer Norman responded he was on his lunch break and continued to eat his food."

- **Norman:** Your statement does not address your failure to comply with Corporal Boseman's order to assist Deputy Turner.

Your conduct of failing to render aid and refusing to comply with an order are serious acts of misconduct that violate the Department's expectations for BISD officers. Specifically, Policy 2.1 provides:

BISD SN2 022



*V.F.4.* Employees shall promptly obey all lawful orders and directions given by supervisors and radio dispatchers. The failure or deliberate refusal of employees to obey such orders shall be deemed insubordination and is prohibited. Flouting the authority of a supervisor by displaying obvious disrespect or by disputing their orders shall likewise be deemed insubordination.

*V.G.9.* Employees shall be attentive to their duties at all times, and shall perform all duties assigned to them, even if such duties are not specifically assigned to them in any departmental rules or procedures manual.

*V.G.12.* Employees shall promptly serve the public by providing direction, counsel and other assistance that does not interfere with the discharge of their duties. They shall make every reasonable attempt to respond to the inquiry or request for assistance.

*V.G.15.* Officers shall at all times respond to the lawful orders of supervisors, and to the call of individuals in need of police assistance. The fact that they may be off-duty shall not relieve them from the responsibility of taking prompt and proper police action or from being recalled to duty as needed.

*V.G.16.* Except where expressly prohibited, Officers are required to take prompt and effective police action conforming to department policy with respect to violations of laws and ordinances coming to their attention or of which they have knowledge. Officers shall promptly and punctually perform all official duties.

*V.G.23.* Officers while on-duty shall respond without delay to all calls for police service and all requests for assistance from District staff or administration.

You acknowledged receipt of Policy 2.1 and signed agreeing to comply with the Department's expectations on September 9, 2020. As such, you knowingly violated Department policies that are in place to ensure the safety of the students, staff, and community members we serve. In your statement you attempt to blame Officer Boseman for your conduct stating, "I contribute this complaint to him [Corporal Boseman] being emotionally unstable about having to be at Beaumont United." You detail conflict between you, Corporal Boseman, and other officers; however, prior to submitting your written statement, you made no report regarding Corporal Boseman. Department Policy 2.1 states that "all employees of this department have an affirmative duty to report serious acts of misconduct or failure to perform actions, defined in departmental policy, procedures, and rules. Failure to report shall result in corrective or disciplinary action." If Corporal Boseman failed to work collaboratively with you or his co-workers, you had a

BISD SN2 023



**Police Department**

duty to report that conduct, and failed to do so. Moreover, video evidence and neutral parties—Deputy Turner and AP Chaisson—confirm the allegations submitted by Officer Boseman.

**Investigation Disposition and Chief's Recommendation:**

I have carefully reviewed this Internal Investigation and its findings. The complaint brought against you was **sustained** as supported by the evidence. Policy 2.5 provides that "terminations are made in cases of extreme misfeasance, malfeasance, or *nonfeasance* of duty." (emphasis added) Video and multiple written statements demonstrate that you failed to render aid as required by Policy 2.1 and also refused to comply with multiple orders from the supervising officer on duty. After considering the results of the investigation and your disciplinary record, in accordance with Policy 2.5 your employment with the Beaumont ISD Police Department is terminated effective January 5, 2023.

You are directed to return all Department and District owned equipment and property in your possession immediately. In addition, you may participate in an exit interview with Mona Richard at BISD's Human Resources Department. Should you have any questions regarding this correspondence, contact me directly at 409 617-7002.

Sincerely,

Joseph Malbrough, BISD-PD
Chief of Police

Cc:    Derwin Samuels, Executive Director of Human Resources

Encl:  Departmental Policy 2.1 Rules of Conduct, 2.5 Employee Disciplinary Process

I acknowledge receipt of this document.

I DO NOT AGREE OF THE FINDING I WILL EXPLAIN LATER. SLN

Shanter Norman

1-5-2023 (SLN)

Date

BISD SN2 024

**BISD** | Police Department

- **Policy 2.1 Rules of Conduct section V.H.38:** "Employees shall treat other members of the department with respect. They shall be courteous, civil and respectful of their superiors, subordinates, and associates, and shall not use threatening or insulting language."

- **Board Policy DH (Local) and the Beaumont ISD Employee Handbook:** "As role models for the district's students, employees are responsible for their public conduct even when they are not acting as district employees. Employees will be held to the same professional standards in their public use of electronic media as they are for any other public conduct. If an employee's use of electronic media interferes with the employee's ability to effectively perform his or her job duties, the employee is subject to disciplinary action, up to and including termination of employment."

<u>**Investigation's Disposition and Chief's Recommendation:**</u>

I have carefully reviewed this Internal Investigation and its findings. The complaint brought against you was <u>**sustained**</u>, meaning the allegations were supported by sufficient evidence.

In conclusion, your unprofessional actions undermine our Department's credibility and effectiveness as a law enforcement agency in this community. The evidence demonstrates serious misconduct and extreme malfeasance in accordance with Policy 2.5 Employee Discipline. Therefore, as Chief Administrator of Beaumont ISD Police Department I am imposing the following disciplinary action to which you are expected to comply:

- 10 day suspension without pay starting Monday, December 12, 2022 and ending Friday, January 6, 2023. You are to report back to work on Monday, January 9, 2023.

This suspension without pay is being issued pursuant to Beaumont ISD Police Department Policy 2.5, Employee Disciplinary Process, which states, "if the situation warrants, the Chief of Police, in consultation with the Superintendent, may . . . suspend without pay . . . suspensions without pay will normally apply to a period of up to 15 days, as determined by the Chief of Police and Beaumont ISD Superintendent." Please be aware, the policy also provides that if an employee becomes a candidate for suspension a second time within one year after the first suspension, the employee may be dismissed."

BISD SN2 025

PERSONNEL-MANAGEMENT RELATIONS
EMPLOYEE COMPLAINTS/GRIEVANCES

DGBA
(EXHIBIT)

_____

_____

_____

6. What was the date of the decision or circumstances causing your complaint?
   _1 - 5 - 2023_

7. Please explain how you have been harmed by this decision or circumstance.
   _SEE ATTACHED    DOCUMENT_

   _____

8. Please describe any efforts you have made to resolve your concerns and the responses to your efforts. Please include dates of communication and with whom you communicated regarding your concerns.
   _SEE ATTACHED   DOCUMENT_

   _____

   _____

9. Please describe the outcome or remedy you seek for this complaint.
   _SEE ATTACHED   DOCUMENT_

   _____

   _____

Employee signature: _Shanter L. Norman_

Signature of employee's representative: _____

Date of filing: _1 - 13 - 2023_

*Complainant, please note:*

*A complaint form that is incomplete in any material way may be dismissed but may be refiled with all the required information if the refiling is within the designated time for filing a complaint.*

*Attach to this form any documents you believe will support the complaint; if unavailable when you submit this form, they may be presented no later than the Level One conference. Please keep a copy of the completed form and any supporting documentation for your records.*

DATE ISSUED: 1/8/2015
UPDATE 48
DGBA(EXHIBIT)-RRM

2 of 2

**7.** I have been harmed in numerous ways, emotionally, mentally, financially, and spiritually. I was terminated without warning and before my suspension was completed. I also pay child support for my youngest daughter and without me getting paid I'm behind in my responsibilities. I'm court ordered to cover her under medical insurance and dental insurance. This decision has caused a lot of stress for my family and my health.

BISD 0192

BISD SN2 027

ADMINISTRATION MENU    SELECT EMPLOYEE    EMPLOYEE MENU    **BENEFIT PLAN ENROLLMENT**

NEED HELP?    LOGOUT

**EMPLOYEE**  Norman, Shanter R.  SSN    -3177  **DOB:** 2/5/1975  **DOE:** 9/9/2020  **Division:** police officers (tra... **Active in System** on 9/14/2020  **Test Employee** No    Select Employee  Add Journal Entry

# EMPLOYEE ADMINISTRATION

Below is the list of the elections effective as of open enrollment plan year start date 9/1/2022.

To view elections effective at other dates, click the corresponding date in the list below. To edit an existing benefit plan election, click the corresponding name of the benefit plan type. Benefit Plans with a "*" have multiple policies. The Coverage and Employee Cost listed are the total amounts of all policies.

| Effective Today | | |
|---|---|---|
| **Benefit Plan** | **Coverage** | **Employee Cost** |
| Basic Life with AD&D - Basic Life with AD&D<br>Effective from 9/1/2021 to 8/31/2022<br>Provided by OneAmerica<br>Policy Number: -<br>Cost is deducted on a post-tax basis | $10,000.00 | $0.00 |
| Medical - TSHBP - High Deductible Health Plan (HDHP)<br>Effective on 9/1/2021<br>Provided by TSHBP<br>Policy Number: HDPX-CM<br>Cost is deducted on a pre-tax basis | Norman, Shanter R.<br>Norman, Gracelyn R. [Child] | $106.00 |
| Medical Declination - Please select a reason for declining TRS<br>Effective from 9/1/2021 to 8/31/2022<br>Provided by TRS | Norman, Shanter R. - Other Group Coverage<br>Norman, Brenda M. [Spouse] - Other Group Coverage<br>Norman, Gracelyn R. [Child] - Other Group Coverage<br>Norman, Therrin S. [Child] - Other Group Coverage | |
| Dental - PPO High Plan<br>Effective from 9/1/2021 to 8/31/2022<br>Provided by MetLife<br>Policy Number: HIGH<br>Cost is deducted on a pre-tax basis | Norman, Shanter R.<br>Norman, Gracelyn R. [Child] | $32.07 |
| Accident - High Plan<br>Effective from 9/1/2021 to 8/31/2022<br>Provided by The Hartford<br>Policy Number: H<br>Cost is deducted on a pre-tax basis | Norman, Shanter R.<br>Norman, Gracelyn R. [Child] | $6.97 |
| AD&D - Employee - AD&D - Employee<br>Effective from 9/1/2021 to 8/31/2022<br>Provided by OneAmerica<br>Policy Number: -<br>Cost is deducted on a post-tax basis | $500,000.00 | $6.50 |
| Employee Assistance Program - Employee Assistance Program<br>Effective from 9/1/2021 to 8/31/2022<br>Provided by Deer Oaks<br>Policy Number: -<br>Cost is deducted on a post-tax basis | | $0.00 |
| **Total Semi-monthly Payroll Deduction** | | **$151.54** |

| Effective 9/1/2022 | | |
|---|---|---|
| **Benefit Plan** | **Coverage** | **Employee Cost** |
| Basic Life with AD&D - Basic Life with AD&D<br>Effective on 9/1/2022<br>Provided by Lincoln Financial Group<br>Policy Number: -<br>Cost is deducted on a post-tax basis | $10,000.00 | $0.00 |
| Medical Declination - Please select a reason for declining<br>Effective on 9/1/2022<br>Provided by TSHBP | Norman, Shanter R. - Other Group Coverage<br>Norman, Brenda M. [Spouse] - Other Group Coverage<br>Norman, Gracelyn R. [Child] - Other Group Coverage<br>Norman, Therrin S. [Child] - Other Group Coverage | |
| Dental - PPO High Plan<br>Effective on 9/1/2022<br>Provided by Lincoln Financial Group<br>Policy Number: HIGH<br>Cost is deducted on a pre-tax basis | Norman, Shanter R.<br>Norman, Gracelyn R. [Child] | $35.86 |
| Accident - High Plan<br>Effective on 9/1/2022<br>Provided by The Hartford<br>Policy Number: H<br>Cost is deducted on a pre-tax basis | Norman, Shanter R.<br>Norman, Gracelyn R. [Child] | $6.97 |
| AD&D - Employee - AD&D - Employee<br>Effective on 9/1/2022 | $500,000.00 | $6.50 |

**Eligible Plan Types**

Basic Life with AD&D
Medical Information
TSHBP Medical Information
Medical
TSHBP Medical Additional Information
Medical Declination
MedChoice
[WAIVED]
Telehealth
[WAIVED]
Dental
Vision
[WAIVED]
Long Term Disability
[WAIVED]
Cancer
[WAIVED]
Accident
Voluntary Life - Employee
[WAIVED]
AD&D - Employee
[WAIVED]
AD&D - Spouse
[WAIVED]
AD&D - Child(ren)
[WAIVED]
Texas Life Assisted Bridge
Texas Life Premium
Critical Illness - Employee
[WAIVED]
Identity Theft Protection
[WAIVED]
Employee Assistance Program
MASA Transport
[WAIVED]
Flexible Spending Account
[WAIVED]
Dependent Care Reimbursement
[WAIVED]

BISD 0193

BISD SN2 028

Provided by Lincoln Financial Group
Policy Number: -
Cost is deducted on a post-tax basis

| | |
|---|---|
| Employee Assistance Program - Employee Assistance Program | $0.00 |
| Effective on 9/1/2022 | |
| Provided by Deer Oaks | |
| Policy Number: - | |
| Cost is deducted on a post-tax basis | |
| **Total Semi-monthly Payroll Deduction** | **$49.33** |

### Waived Benefit Plans

| Benefit Plan Type | Reason | Waiver Date | Date Waived |
|---|---|---|---|
| MedChoice | - - - | 9/9/2020 | 9/21/2020 |
| Telehealth | - - - | 11/1/2021 | 10/31/2021 |
| Vision | - - - | 9/9/2020 | 9/21/2020 |
| Long Term Disability | - - - | 9/9/2020 | 9/21/2020 |
| Cancer | - - - | 9/9/2020 | 9/21/2020 |
| Voluntary Life - Employee | - - - | 9/9/2020 | 9/21/2020 |
| Voluntary Life - Spouse | - - - | 9/9/2020 | 9/21/2020 |
| Voluntary Life - Child(ren) | - - - | 9/9/2020 | 9/21/2020 |
| AD&D - Spouse | - - - | 9/1/2021 | 8/5/2021 |
| AD&D - Child(ren) | - - - | 9/1/2021 | 8/5/2021 |
| Critical Illness - Employee | - - - | 9/9/2020 | 9/21/2020 |
| Identity Theft Protection | - - - | 9/9/2020 | 9/21/2020 |
| MASA Transport | - - - | 9/9/2020 | 9/21/2020 |
| Flexible Spending Account | - - - | 9/9/2020 | 9/21/2020 |
| Dependent Care Reimbursement | - - - | 9/9/2020 | 9/21/2020 |

Show All

Click here to view the employee eligibility report.

[ Back ]

**THE**benefits**HUB**® Copyrighted 2010-2022
All Rights Reserved. View Terms of Use. View Privacy Policy.

Employee Payroll Deduction

ID: 3589484 **Shanter Roosevelt Norman** State ID: 8615132461

As Of: | 01-05-2023 | 📅

Employee Payroll Deduction

2 Records

| Priority | Name | Type | $ Amt | % Amt | Start Date | Start Check Date | End Date | End Check Date | One Time Eff. Date | Max Payments | Remaining Payments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Child Support | Legal | $284.00 | | 01-25-2021 | 02-25-2021 | [OPEN] | [OPEN] | | | |
| 5 | Child Support Fee | Voluntary | $1.50 | | 06-07-2021 | 07-09-2021 | [OPEN] | [OPEN] | | | |

BISD 0195

BISD SN2 030

**8.** I went to Human Resources requesting an appeal against my termination ruling. This is the form I'm currently filling out.

My attorney has been communicating with the district to resolve this issue.

*S. Norman* 1/13/2023

**9.** The outcome I seek is to be reinstated to duty with pay and these allegations be removed from my file immediately. I would like back pay and get paid for the days I was suspended and terminated. I would like a retaliation clause placed in my file and signed. I would like a $1.48 raise to equal $30.00 per hour and assigned back to Beaumont United High School. I would like for the B.I.S.D. Police Department to be investigated for discrimination, bias policing, retaliation, policy review, and bullying. I would like to speak to all parties involved and receive an apology.

*S. Norman* 1/13/2023