IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANTER NORMAN, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:24-cv-00007-MJT |
| | § | |
| BEAUMONT INDEPENDENT SCHOOL | § | |
| DISTRICT, *et al.* | § | |
| *Defendants.* | § | |

## **<u>ORDER</u>**

The Court, having considered Defendants Beaumont Independent School District, Dr. Shannon Allen, and Chief Joseph Malbrough's Motion for Summary Judgment, and any responses and replies thereto, finds that the motion is meritorious and should be in all things GRANTED. It is therefore:

ORDERED that Defendants' Motion for Summary Judgment is GRANTED, and all claims asserted in Plaintiff's First Amended Complaint are hereby DISMISSED with prejudice.