IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANTER NORMAN, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. 1:24-CV-00007 |
| BEAUMONT INDEPENDENT SCHOOL | § | JUDGE MICHAEL J. TRUNCALE |
| DISTRICT, BEAUMONT | § | |
| INDEPENDENT SCHOOL DISTRICT | § | |
| POLICE DEPARTMENT, | § | |
| SUPERINTENDENT DR. SHANNON | § | |
| ALLEN, AND CHIEF JOSEPH | § | |
| MALBROUGH | § | |
| | § | |
| *Defendants.* | § | |

## ORDER TO SHOW CAUSE

It is **ORDERED** that Brandon P. Monk show cause before the Court in **Courtroom 2, Jack Brooks Federal Courthouse, 300 Willow Street, Beaumont, Texas, on Friday, March 14, 2025 at 1:30 p.m.**, why the Court should not impose sanctions for his failure to comply with Federal Rule of Civil Procedure 11(b)(2), as well as the Eastern District of Texas Local Rules, including but not limited to Local Rule AT-3(b), stating that a lawyer owes a duty to exercise candor, diligence, and utmost respect to the judiciary, and Local Rule AT-3(m), requiring a lawyer to review and verify any computer-generated content to ensure that it complies with all such standards.

Mr. Monk is directed to bring two copies of the following cases cited in his responsive brief [Dkt. 24], with the reference/quoted parts highlighted:

- *Kentucky v. Graham*, 473 U.S. 159 (1985)

- *Goodman v. Harris Cnty.*, 571 F.3d 388 (5th Cir. 2009)

- *Veatch v. Bartels Lutheran Home*, 627 F.3d 1254 (8th Cir. 2010)

- *Robinson v. Sappington*, 351 F.3d 317 (7th Cir. 2003)

- *Doe v. Sch. Dist. of City of Norfolk*, 340 F. Supp. 3d 887 (D. Neb. 2018)

- *Wilson v. Northcutt*, 441 F.3d 586 (8th Cir. 2006)

**SIGNED this 3rd day of March, 2025.**

                                              Michael J. Truncale
                                              United States District Judge