IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| SHANTER NORMAN, | § | |
|   *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO: 1:24-CV-00007 |
| BEAUMONT INDEPENDENT | § | |
| SCHOOL DISRICT, and | § | |
| BEAUMONT | § | |
| ISD POLICE DEPARTMENT | § | |
|   *Defendants* | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR NEW TRIAL**

And now, this _____ day of _____, 2025, upon consideration of Plaintiff's Motion for New Trial, the Pleadings, the evidence on file herein, and hearing the arguments of counsel, the Court is of the opinion that the Motion is meritorious in substance and proper in form.

It is THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Motion for New Trial is hereby **GRANTED.**